# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

CASE NO.: CV 02-1431 SJO (RCx)        DATE: April 9, 2003

TITLE: Nancy Jacobs, etal. v. Herbalife International, Inc.

===================================================================

**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Heidi M. Hricko                           Deborah Gackle
Courtroom Clerk                           Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**
Aron Hillel Darsky, Esq.                  Charles Patterson, Esq.
Douglas M. Brooks, Esq.                   David H. Getz, Esq.
                                          Alan H. Boon, Esq.
                                          Adam Soibelmann, Esq.
                                          Linda Northrup, Esq.
                                          Scott Freeman, Esq.
                                          Charles D. Cummings, Esq.

===================================================================

**PROCEEDINGS:** DEFENDANT TSUTAKAWA'S MOTION TO DISMISS 1ST AMENDED COMPLAINT......
JOINDER in all defendants' motions to dismiss
DEFENDANT BARTHOLOMIEW'S MOTION TO DISMISS 1ST AMENDED COMPLAINT.......
JOINDER in motions to dismiss by other defendants
DEFENDANT BEALL'S MOTION TO DISMISS 1ST AMENDED COMPLAINT
DEFENDANT JUNEJA, et al.'S MOTION TO DISMISS 1ST AMENDED COMPLAINT
DEFENDANT SINGLETON'S MOTION TO DISMISS 1ST AMENDED COMPLAINT
JOINDER in motions to dismiss by other defendants
HERBALIFE INTL. AMERICA MOTION TO DISMISS 1ST AMENDED COMPLAINT
DEFENDANT COMBS, et al'S MOTION TO DISMISS AMENDED COMPLAINT

Court gives tentative ruling on the motions and hears oral arguments.
Court denies all 12 (b)(6) Motions to Dismiss for reasons articulated on the record in open court.

Scheduling conference ( F.R.Civ.P. 26(f)) is held. The Court sets the following Dates:

| Last Date to Amend or Add Parties | April 24, 2003 | Parties have 15 days to answer after being served. |
|---|---|---|
| Discovery Cut-off | November 26, 2003 | |
| Expert Discovery Cut-off | By Stipulation of parties | |
| Motion Hearing Cut-off (must be filed 21 days prior) | January 12, 2004 | at 10:00 a.m. |
| Pretrial Conference | February 16, 2004 | at 9:00 a.m. |
| Trial Date (Jury) | February 24, 2004 | at 9:00 a.m. |
| Settlement Conference Cut-off | January 26, 2004 | |

All discovery disputes are to be brought before the Magistrate Judge assigned to the case. The parties are reminded of their obligations under **F.R.Civ.P. 26-1(a)** to disclose information without a discovery request.

119

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

CASE NO.: <u>CV 02-1431 SJO (RCx)</u>          DATE: <u>April 9, 2003</u>

*Court advises counsel that all pretrial documents must be filed on or before the Final Pretrial Conference including, but not limited to:*

1. All Jury Instructions, agreed and opposed;
2. Verdict Forms;
3. Proposed *Voir Dire* Questions;
4. Agreed-To Statement of Case;
5. Witness List, listing each witness and time estimates to conduct direct, cross, redirect and recross;
6. Trial Brief and memorandum of contentions;
7. Joint Rule 26(f) report;
8. If Court Trial, file findings of fact and conclusions of law and summaries of direct testimony at Pretrial Conference.
9. Motions in Limine are to be filed according to Local Rule 7 and will be heard at 9:00 a.m. the first day of trial.
10. Exhibits in binders at time of trial (3)

cc:   All Parties of Record