ORIGINAL

P-SEND
JS-6

Priority ✓
Send ✓
Enter ___
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
MAR 24 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
MAR 25 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Nancy Jacobs, et al.,

    Plaintiff(s),

v.

Herbalife International Inc.,

    Defendant(s).

NO. CV 02-1431 SJO (RCx)

**ORDER OF DISMISSAL BY REASON OF SETTLEMENT**

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

The Court has been advised by counsel that this action has settled and it is not necessary for the action to remain on the calendar of the Court. Accordingly, it is hereby ORDERED that this action be, and hereby is, dismissed without prejudice.

The Court retains jurisdiction for a period of sixty (60) days to enforce the terms of the settlement.

Dated this 24 day of March, 2004.

S. Oct [signature]

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE