ORIGINAL

*Lodged Proposed Order*

1  ROBERT C. SCHUBERT (# 62684)
   JUDEN JUSTICE REED (# 1573748)
2  AARON H. DARSKY (#212229)
   SCHUBERT & REED LLP
3  Two Embarcadero Center, Suite 1660
   San Francisco, California 94111
4  Telephone: (415) 788-4220
   Facsimile: (415) 788-0161
5
   DOUGLAS M. BROOKS
6  EDWARD L. MANCHUR
   GILMAN AND PASTOR LLP
7  999 Broadway, Suite 500
   Saugus, MA 01906
8  Telephone: (781) 231-7850
   Facsimile: (781) 231-7840
9  Attorneys for PLAINTIFFS

10 CHARLES E. PATTERSON (# 120081)
   KERRY L. WALLIS (# 205650)
11 MORRISON & FOERSTER LLP
   555 West Fifth Street
12 Suite 3500
   Los Angeles, California  90013-1024
13 Telephone: (213) 892-5200

14 Attorneys for Defendants
   HERBALIFE INTERNATIONAL, INC., and
15 HERBALIFE INTERNATIONAL OF AMERICA, INC.

16

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

*DOCKETED — JUN 2 8 2004 — BY*

| | |
|---|---|
| NANCY JACOBS and ANNETTE M. SANCHEZ, Individually On Behalf of Themselves and All Others Similarly Situated, and on Behalf of the General Public,<br><br>Plaintiffs,<br><br>v.<br><br>HERBALIFE INTERNATIONAL, INC., HERBALIFE INTERNATIONAL OF AMERICA, INC., DREAM BUILDERS & ASSOCIATES INTERNATIONAL, INC., H.B. INTERNATIONAL GROUP, INC., ANTHONY POWELL, DORAN ANDRY, CRAIG M. TSUTAKAWA, CAROLINE | No.   02-01431 SJO (RCx)<br><br>**STIPULATION REVISING CLASS SETTLEMENT NOTICE AND PROOF OF CLAIM**<br><br>Discovery Cut-off:<br>Trial Date: |

1

la-732314

| | |
|---|---|
| 1<br>2<br>3<br>4 | TSUTAKAWA, TARUN JUNEJA, JOHN BEALL, BRETT BARTHOLOMEW, LEAH SINGLETON, STEPHEN COMBS AND DEBRA COMBS,<br><br>                     Defendants. |

5      Now come the parties and stipulate as follows:

6      1.      The parties filed a Joint Motion for Preliminary
7              Approval of Proposed Class Action Settlement,
8              Conditional Class Certification and Approval of
9              Class Notice, along with a Stipulation of
10             Settlement ("Settlement") and associated papers.
11             The Court held a hearing on this motion on June
12             21, 2004.
13     2.      The Court preliminarily approved the Settlement,
14             subject to certain modifications of the Notice of
15             Proposed Settlement ("Notice"; Exhibit C to the
16             Settlement).
17     3.      Accordingly, the parties are submitting herewith a
18             revised Notice and request that the revised Notice
19             be approved and substituted for Exhibit C to the
20             Settlement.  The [Proposed] Order Preliminarily
21             Approving Settlement, Approving Notice of Proposed
22     ///
23     ///
24     ///
25     ///
26     ///
27     ///
28     ///

la-732314

Settlement and Setting Settlement Hearing, lodged concurrently herewith, reflects these revisions.

Dated: June 25, 2004

                        MORRISON & FOERSTER LLP

                        By: _____
                               Charles Patterson
                        Attorneys for Defendants
                        HERBALIFE INTERNATIONAL, INC.,
                        and HERBALIFE INTERNATIONAL OF
                        AMERICA, INC.

Dated: June 25, 2004

                        GILMAN AND PASTOR LLP

                        By: _____
                               Douglas M. Brooks
                        Attorneys for Plaintiffs
                        NANCY JACOBS and ANNETTE M.
                        SANCHEZ, Individually On Behalf of
                        Themselves and All Others
                        Similarly Situated, and on Behalf
                        of the General Public

Dated: June 25, 2004

                        SCHUBERT & REED

                        By: _____
                               Robert C. Schubert
                        Attorneys for Plaintiffs NANCY
                        JACOBS and ANNETTE M. SANCHEZ,
                        Individually On Behalf of
                        Themselves and All Others Similarly
                        Situated, and on Behalf of the
                        General Public

la-732314

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

# If you were an Herbalife Supervisor and you bought Newest Way to Wealth promotional materials or devices between February 15, 1998 and May 2, 2003, you could get a payment or product rebate from a class action settlement.

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

- The settlement is on behalf of Herbalife distributors who, between February 15, 1998 and May 2, 2003, had reached the level of supervisor and had purchased Newest Way to Wealth promotional materials or devices.

- Former Herbalife supervisors (*i.e.*, persons who, as of March 1, 2004 are no longer Herbalife supervisors) will be entitled to file claims in both a settlement fund of $3 million and a refund pool of $1 million.

- Current Herbalife supervisors will be entitled to claim product rebates up to an aggregate total of $2 million.

- The settlement resolves a lawsuit over whether Newest Way to Wealth promotional materials and devices were sold in compliance with federal and state laws.

- Your legal rights are affected whether you act, or don't act. Read this Notice carefully.

## YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT IF YOU ARE A FORMER HERBALIFE SUPERVISOR:

| | |
|---|---|
| | The only way to get a payment from either the settlement fund or refund pool. |
| | Get no payment. This is the only option that allows you to ever be part of any other lawsuit against Herbalife about the legal claims in this case. |
| | Write to the Court about why you don't like the settlement. |

la-732653

|  | Ask to speak in Court about the fairness of the settlement. |
|---|---|
|  | Get no payment. Give up your rights. |

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT IF YOU ARE A CURRENT HERBALIFE SUPERVISOR: | |
|---|---|
|  | The only way to get the Herbalife product rebates offered by the settlement. |
|  | Get no payment. This is the only option that allows you to ever be part of any other lawsuit against Herbalife about the legal claims in this case. |
|  | Write to the Court about why you don't like the settlement |
|  | Ask to speak in Court about the fairness of the settlement |
|  | Get no rebates. Give up your rights. |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

- The Court in charge of this case still has to decide whether to approve the settlement. Payments will be made if the Court approves the settlement and after appeals are resolved. Please be patient.

2

la-732653

## BASIC INFORMATION

### 1. Why did I get this Notice package?

This Notice is being sent to those who may have had a valid agreement of distributorship with Herbalife to sell Herbalife products as an independent contractor, reached the level of supervisor, and purchased Newest Way to Wealth promotional materials or devices between February 15, 1998 and May 2, 2003.

The Court sent you this Notice because you have a right to know about a proposed settlement of a class action lawsuit, and about all of your options, before the Court decides whether to approve the settlement. If the Court approves it, and after objections and appeals are resolved, an administrator appointed by the Court will make the payments that the settlement allows. You will be informed of the progress of the settlement.

This package explains the lawsuit, the settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

The Court in charge of the case is the United States District Court for the Central District of California, and the case is known as *Jacobs, et al. v. Herbalife International, Inc., et al.*, Case No. CV-02-01431 SJO (RCx). The people who sued are called plaintiffs. The people who were sued are called defendants. They are Herbalife International, Inc. and Herbalife International of America, Inc. (together called Herbalife) as well as Dream Builders & Associates, Inc., H.B. International Group, Inc., Anthony Powell, Doran Andry, Craig M. Tsutakawa, Caroline Tsutakawa, Tarun Juneja, John Beall, Brett Bartholomew, Leah Singleton, Steven Combs and Debra Combs.

### 2. What is this lawsuit about?

The lawsuit claimed that the use of the Newest Way to Wealth promotional materials and devices together with the Herbalife marketing system was part of a pyramid scheme, contrary to both state and federal securities laws and other laws. The lawsuit also claimed that the Newest Way to Wealth promotional materials made fraudulent earnings claims and fraudulently omitted material facts. Herbalife (and the other defendants named in the lawsuit) deny they did anything wrong and vigorously defended the litigation.

Plaintiffs and defendants do not agree on the average amount of damages per security that would be recoverable if plaintiffs were to have prevailed on each claim alleged under the Securities Exchange Act of 1934. The issues on which the Parties disagree include (1) whether the plaintiffs purchased securities; (2) whether the facts alleged were actionable under the federal securities laws; and (3) the appropriate economic model for determining the value of the securities, if any.

3

la-732653

### 3. Why is this a class action?

In a class action, one or more people called Class Representatives (in this case Nancy Jacobs and Annette Sanchez), sue on behalf of people who have similar claims. All these people are a Settlement Class or Settlement Class Members. One court resolves the issues for all Settlement Class Members, except for those who exclude themselves from the Class. U.S. District Judge S. James Otero is in charge of this class action.

### 4. Why is there a settlement?

The Court did not decide in favor of plaintiffs or Herbalife. Instead, both sides agreed to a settlement. That way, they avoid the cost of a trial, and the people affected will get compensation. The Class Representatives and the attorneys think the settlement is best for all Settlement Class Members.

## WHO IS IN THE SETTLEMENT

To see if you will get money from this settlement, you must first be a Settlement Class Member.

### 5. How do I know if I am part of the settlement?

The members of the Class are described in the Stipulation of Settlement. In general, all persons who, during the period February 15, 1998 through May 2, 2003, had a valid agreement of distributorship with Herbalife to sell Herbalife products as an independent distributor, had attained the level of supervisor (that is, they had met Herbalife's requirements to be designated at the "Supervisor" level by purchasing $4,000 worth of Herbalife products in one month, or by purchasing $2500 worth of Herbalife products in each of two consecutive months in a 12 month period (February 1 through January 31)), and who purchased Newest Way to Wealth materials or devices, are included in the Class.

### 6. Are there exceptions to being included?

You are **not** a Settlement Class Member if you were an Herbalife distributor from February 15, 1998 through May 2, 2003 but had **not** attained the level of supervisor during that period.

You are **not** a Settlement Class Member if you had obtained the level of Herbalife supervisor during the period February 15, 1998 through May 2, 2003 but did **not** purchase any Newest Way to Wealth materials or devices during that time period.

### 7. I'm still not sure if I am included.

If you are still not sure whether you are included, you can ask for free help by contacting the Claims Administrator at: Herbalife-NWTW Litigation, c/o Berdon Claims Administration LLC, P.O. Box 9014, Jericho, NY 11753-8914; or call 1-800-766-3330; or fax to 516-931-08910; or visit www.berdonllp.com/claims for more information. Or you can fill out and return the claim form described in question 10, to see if you qualify.

4

la-732653

# THE SETTLEMENT BENEFITS—WHAT YOU GET

### 8. What does the settlement provide?

**FORMER HERBALIFE SUPERVISORS:**

Herbalife has agreed to create a $3 million fund (the "Settlement Fund") to be divided among all former Herbalife supervisors who purchased Newest Way to Wealth promotional materials or devices between February 15, 1998 through May 2, 2003 and who send in a valid Proof of Claim form.

Herbalife has also agreed to refund up to $1 million (the "Refund Pool") to all former Herbalife supervisors who purchased Newest Way to Wealth promotional materials or devices between February 15, 1998 through May 2, 2003 but who had not previously received a refund for such materials and devices. In order to receive a refund, you must complete a valid request for a refund, which is included as Part B in the Proof of Claim form.

**CURRENT HERBALIFE SUPERVISORS:**

For the twelve-month period following the effective date of the settlement, Herbalife has agreed to pay rebates equal to 10% of the discounted purchase price of the first $1400 per month of purchases of Herbalife products by current Herbalife supervisors from Herbalife in an aggregate maximum of $2 million for all such rebates. In order to receive the rebates, you must submit a valid request for rebate, which is included as Part C in the Proof of Claim form.

**ADDITIONAL SETTLEMENT TERMS:**

For a period of two years following the effective date of the settlement, Herbalife also has agreed to require every Herbalife distributor who sells *any* promotional materials to offer a 90-day refund to any Herbalife distributor who purchases such materials, as long as the materials are returned and proof of purchase is provided. Herbalife distributors who sell promotional materials to other Herbalife distributors must advise them in writing that such purchase is not required to be a Herbalife distributor, and that the 90-day refund is available.

### 9. How much will my payment be?

If you are a former Herbalife supervisor, your share of the settlement will depend on the number of valid claim forms that Settlement Class Members send in and the amount of attorneys' fees awarded by the Court.

Settlement Class Members who are former Herbalife supervisors may file a claim for reimbursement of their purchases of Newest Way to Wealth promotional materials or devices from the $1 million Refund Pool by completing the appropriate section of the Proof of Claim form. You will be required to list all of your purchases of Newest Way to Wealth promotional materials or devices and attach copies of supporting documentation (such as credit card statements or receipts).

Settlement Class Members who are former Herbalife supervisors may **also** file a claim for payment of your economic losses from the $3 million Settlement Fund, using one of two methods:

a. Claimants electing Method A must itemize all of their allowable expenses and receipts during the period between February 15, 1998 and May 2, 2003, and provide adequate documentary proof for each item.

    b. Claimants electing Method B shall authorize the Claims Administrator to calculate their claims based on their purchase of NWTW promotional material and devices and their receipt of bonuses and commissions from Herbalife, using information produced by the defendants in the lawsuit.

Plaintiffs estimate that there are approximately 8700 Settlement Class Members, of whom approximately 2300 are Current Supervisors and approximately 6400 are Former Supervisors. For both the Refund Pool and the Settlement Fund, if the aggregate amount of claims exceeds the net amount available to distribute, all claims will be reduced on a proportional basis.

## HOW YOU GET A PAYMENT OR REBATE— SUBMITTING A CLAIM FORM

### 10. How can I get a payment?

If you are a former Herbalife supervisor: To qualify for payment from the Settlement Fund or from the Refund Pool, you must send in the Proof of Claim form. The Proof of Claim form is attached to this Notice. You may also get a Proof of Claim form on the Claims Administrator's website at www.berdonllp.com/claims. Read the instructions carefully, fill out the form(s), include all the documents the form asks for, sign and mail the form **postmarked no later than** _____.

### 11. How can I get a rebate?

If you are a current Herbalife supervisor: To qualify for the 10% discount, you must complete the rebate request section of the Proof of Claim form, which is attached to this Notice. You may also get a Proof of Claim form on the Claims Administrator's website at www.berdonllp.com/claims. Read the instructions carefully, fill out the form, sign and mail the form **postmarked no later than** _____.

### 12. When would I get my payment or rebate?

The Court will hold a hearing on September 13, 2004 at 1:30 p.m., to decide whether to approve the settlement. If Judge Otero approves the settlement, there may be appeals that follow. It is always uncertain how long it will take to resolve any appeals, and it may take more than a year. Everyone who sends in a form will be informed of the progress of the settlement. Please be patient.

### 13. What am I giving up to get a payment, receive a rebate or stay in the Settlement Class?

Unless you exclude yourself, you are staying in the Settlement Class, and that means that you cannot sue, continue to sue, or be part of any other lawsuit against Herbalife about the legal issues in *this* case. It also means that all of the Court's orders, including a release of claims raised or that could have been raised in the lawsuit, will apply to you and legally bind you.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you don't want a payment or rebate from this settlement, but you want to keep the right to sue or continue to sue Herbalife, on your own, about the legal issues in this case, then you must take steps to get out of the Settlement Class. This is called excluding yourself or is sometimes referred to as "opting out" of the Settlement Class.

6

la-732653

### 14. How do I get out of the settlement?

To exclude yourself from the settlement, you must send a letter by mail saying that you want to be excluded from *Jacobs v. Herbalife*. Be sure to include your name, address, telephone number, and your signature. You must mail your exclusion request **postmarked no later than August 27, 2004** to the Claims Administrator at:

> Herbalife-NWTW Litigation Exclusions
> c/o Berdon Claims Administration LLC
> P.O. Box 9014
> Jericho, NY 11753-8914

You cannot exclude yourself on the phone or by e-mail. If you ask to be excluded, you will not get any settlement payment, and you cannot object to the settlement. You will not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) Herbalife in the future about the legal issues in this case.

### 15. If I do not exclude myself, can I sue Herbalife for the same thing later?

No. Unless you exclude yourself, you give up any right to sue Herbalife for the claims that this settlement resolves. If you have a pending lawsuit, speak to your lawyer in that case immediately. You must exclude yourself from *this* Settlement Class to continue your own lawsuit. Remember, the exclusion deadline is **August 27, 2004**.

### 16. If I exclude myself, can I get money from this settlement?

No. If you exclude yourself, do not send in a claim form to ask for any money or get any rebates. But, you may sue, continue to sue, or be part of a different lawsuit against Herbalife, subject to the law applicable to your case.

## THE LAWYERS REPRESENTING YOU

### 17. Do I have a lawyer in this case?

The Court approved the law firm of Schubert & Reed LLP in San Francisco, California, and Gilman & Pastor LLP in Saugus, Massachusetts to represent you and other Settlement Class Members. These lawyers are called Settlement Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

### 18. How will the lawyers be paid?

Settlement Class Counsel will ask the court for attorneys fees equal to 25% of the total value of the settlement, or $1.5 million, plus reimbursement of their expenses in pursuing this case. The Court may award less than the amounts requested. These amounts and the costs to administer the settlement will come out of the funds for payments to Settlement Class Members, which may reduce the amount of money available to each member of the Class.

7

la-732653

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you do not agree with the settlement or some part of it.

### 19. How do I tell the Court that I don't like the settlement?

If you are a Settlement Class Member, you can object to the settlement if you do not like any part of it. You can give reasons why you think the Court should not approve it. The Court will consider your views. To object, you must send a letter saying that you object to *Jacobs, et al. v. Herbalife International, Inc., et al.*, Case No. CV 02-01431 SJO (RCx). Be sure to include your name, address, telephone number, your signature, and the reasons you object to the settlement. Mail the objection to these three different places postmarked no later than **August 27, 2004**:

| | | |
|---|---|---|
| Clerk of the Court<br>United States District Court for the<br>Central District of California<br>312 North Spring Street<br>Los Angeles, California 90012 | Douglas M. Brooks<br>Gilman & Pastor LLP<br>999 Broadway<br>Suite 500<br>Saugus, MA 01906 | Charles Patterson<br>Kerry Wallis<br>Morrison & Foerster LLP<br>555 W. 5th St.<br>Suite 3500<br>Los Angeles, CA 90013 |

### 20. What is the difference between objecting and excluding?

Objecting is simply telling the Court that you don't like something about the settlement. You can object only if you stay in the Class. Excluding yourself is telling the Court that you don't want to be part of the Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

## THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the settlement. You may attend and you may ask to speak, but you don't have to.

### 21. When and where will the Court decide whether to approve the settlement?

Judge Otero will hold a fairness hearing at 1:30 p.m. on Monday, September 13, 2004 at the United States District Court for the Central District of California, 312 North Spring Street, Los Angeles, California 90012, in Courtroom 1600. At this hearing Judge Otero will consider whether the settlement is fair, reasonable, and adequate. If there are objections, Judge Otero will consider them. Judge Otero will listen to people who have asked to speak at the hearing. Judge Otero may also decide how much to pay to Settlement Class Counsel. After the hearing, Judge Otero will decide whether to approve the settlement. We do not know how long these decisions will take.

### 22. Do I have to come to the hearing?

No. Settlement Class Counsel will answer questions Judge Otero may have. But you are welcome to come at your own expense. Even if you send an objection, you do not have to come to Court to talk about

8

la-732653

it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it's not required.

### 23. May I speak at the hearing?

You may ask Judge Otero for permission to speak at the Fairness Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in *Jacobs, et al. v. Herbalife International, Inc., et al.*, Case No. CV 02-01431 SJO (RCx)." Be sure to include your name, address, telephone number, and your signature. Your Notice of Intention to Appear must be postmarked no later than **August 27, 2004,** and be sent to the Clerk of the Court, Settlement Class Counsel, and Defense Counsel, at the three addresses in question 19. You cannot speak at the hearing if you excluded yourself.

## IF YOU DO NOTHING

### 24. What happens if I do nothing at all?

If you do nothing, you will get no money and no product rebates from this settlement. But unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Herbalife about the legal issues in this case, ever again.

## GETTING MORE INFORMATION

### 25. Are there more details about the settlement?

This Notice summarizes the proposed settlement. More details are in a Stipulation of Settlement. You can get a copy of the Stipulation of Settlement by writing to Douglas M. Brooks, Gilman & Pastor LLP, 999 Broadway, Suite 500, Saugus, MA 01906, or by visiting the Claims Administrator's website at www.berdonllp.com/claims.

### 26. How do I get more information?

You can contact the Claims Administrator by calling 1-800-766-3330 toll free; by writing to Herbalife-NWTW Litigation, c/o Berdon Claims Administration LLC, P.O. Box 9014, Jericho, NY 11753-8914; or by visiting the website at www.berdonllp.com/claims, where you will find answers to common questions about the settlement, a Proof of Claim form, plus other information to help you determine whether you are a Settlement Class Member and whether you are eligible for a payment or rebate.

Dated: _____.

**PROOF OF SERVICE BY MAIL**
(Code Civ. Proc. §§ 1013(a), 2015.5)

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 555 West Fifth Street, Suite 3500, Los Angeles, California 90013-1024; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**STIPULATION REVISING CLASS SETTLEMENT NOTICE AND PROOF OF CLAIM**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 555 West Fifth Street, Suite 3500, Los Angeles, California 90013-1024, in accordance with Morrison & Foerster's ordinary business practices:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at Los Angeles, California, this 25th day of June, 2004.

|  Marva Reese  |  (signature)  |
|---|---|
|  (typed)  |    |

la-732687

Proof of Service — Stipulation Revising Class Settlement Notice And Proof Of Claim

## SERVICE LIST

Herbalife/Jacobs – Stipulation Revising Class Settlement Notice and Proof of Claim

**Attorneys for Plaintiffs Nancy Jacobs and Annette M. Sanchez**
Douglas M. Brooks, Esq.
Edward L. Manchur, Esq.
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts  01906

**Attorneys for Plaintiffs Nancy Jacobs and Annette M. Sanchez**
Robert C. Schubert
Aaron H. Darsky, Esq.
SCHUBERT & REED, LLP
2 Embarcadero Center - #1660
San Francisco, CA  94111

**Attorneys for HB International Group & Andry**
David H. Getz, Esq.
JUDKINS, GLATT, GETZ, GALLAGHER & BONANNO LLP
16236 San Dieguito Rd., Suite 4-21
P. O. Box 8022
Rancho Santa Fe, CA  92057-8022

**Attorneys for DreamBuilders, Powell & Juneja**
Kevin D. Quigley, Esq.
QUARLES & BRADY STREICH LANG, LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ  85004-2391

**Pro se litigants**
Craig and Carolin Tsutakawa
1652 Iroquois Rd.
Rocklin, CA 95765

**Attorneys for John Beall**
Alan H. Boon, Esq.
BERGER, KAHN, SHAFTON, MOSS,
  FIGLER, SIMON & GLADSTONE
2 Park Plaza, Suite 650
Irvine, CA 92614-8516

la-732687

2

| | |
|---|---|
| 1 | **Attorneys for Stephen and Debra Combs**<br>Scott Day Freeman, Esq. |
| 2 | SQUIRE SANDERS & DEMPSEY L.L.P.<br>Two Renaissance Square |
| 3 | 40 North Central Avenue, Suite 2700<br>Phoenix, AZ 85004-4498 |
| 4 | |
| 5 | Adam Fox, Esq.<br>SQUIRE, SANDERS & DEMPSEY L.L.P.<br>801 South Figueroa Street, 14th Floor |
| 6 | Los Angeles, CA 90017-5554 |
| 7 | **Attorney for Leah Singleton**<br>Linda L. Northrop, Esq. |
| 8 | LAW OFFICES OF LINDA L. NORTHRUP, P.C.<br>12400 Wilshire Boulevard, Suite 400 |
| 9 | Los Angeles, CA 90025-1030 |
| 10 | **Attorneys for Brett Bartholomew**<br>Adam J. Soibelman, Esq. |
| 11 | STONE ROSENBLATT & CHA<br>16633 Ventura Blvd., Suite 1401 |
| 12 | Encino, CA 91436 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | la-732687    3 |