

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY JACOBS and ANNETTE M. SANCHEZ, Individually On Behalf of Themselves and All Others Similarly Situated, and on Behalf of the General Public,<br><br>    Plaintiffs,<br><br> v.<br><br>HERBALIFE INTERNATIONAL, INC., HERBALIFE INTERNATIONAL OF AMERICA, INC., DREAM BUILDERS & ASSOCIATES INTERNATIONAL, INC., H.B. INTERNATIONAL GROUP, INC., ANTHONY POWELL, DORAN ANDRY, CRAIG M. TSUTAKAWA, CAROLINE TSUTAKAWA, TARUN JUNEJA, JOHN BEALL, BRETT BARTHOLOMEW, LEAH SINGLETON, STEPHEN COMBS AND DEBRA COMBS,<br><br>    Herbalife Defendants. | No. 02-01431 SJO (RCx)<br><br>**[PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT, APPROVING NOTICE OF PROPOSED SETTLEMENT AND SETTING SETTLEMENT HEARING**<br><br>Honorable S. James Otero<br><br>Discovery Cut-off: none set<br>Trial Date: none set |

la-705933

The Court has received the Stipulation of Settlement and exhibits dated as of May 21, 2004 (the "Stipulation"), that has been entered into by the Plaintiffs, Defendants Herbalife International, Inc. and Herbalife International of America, Inc. ("the Herbalife Defendants"), H.B. International Group, Inc. and Dream Builders & Associates International, Inc. The Court has reviewed the Stipulation and its attached exhibits, and, good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. The Court, for purposes of this Order, adopts the definitions set forth in ¶¶ 1.1 through 1.53 of the Stipulation.

2. The Court preliminarily approves the Stipulation, Settlement, Plan of Allocation and each of the releases and other terms contained therein, as being fair, reasonable and adequate to the Settlement Class.

3. The Court hereby appoints Schubert & Reed LLP and Gilman & Pastor LLP as Plaintiffs' Counsel with authority to enter into and effectuate the Stipulation on behalf of Plaintiffs, the Settlement Class, and Plaintiffs' Counsel.

4. The Court hereby approves, as to form and content, the Notice of Proposed Settlement filed June 25, 2004 and Proof of Claim form filed June 17, 2004. The Court finds that the Herbalife Defendants have provided Plaintiffs' Counsel with a list of names and addresses of all Persons who can be reasonably identified from the Herbalife Defendants' records as falling within the definition of the Settlement Class. Plaintiffs' Counsel shall, not later than July 28, 2004 (thirty [30] days from the date of entry of this order), send by first class mail the Notice of Proposed Settlement, and Proof of Claim form to all

persons identified as Settlement Class Members. Plaintiffs' Counsel shall file with the Court and serve upon Herbalife Defendants' Counsel no later than seven (7) days prior to the Settlement Hearing an affidavit or declaration stating that the mailings have been completed in accordance with the terms of this Order.

5. The Court hereby approves, as to form and content, the Summary Notice. Plaintiffs' Counsel shall publish the Summary Notice once in USA Today. The date of publication shall be no later than July 28, 2004 (thirty [30] days from the date of entry of this order). Plaintiffs' Counsel shall file with the Court and serve upon the Herbalife Defendants' Counsel no later than seven (7) days prior to the Settlement Hearing an affidavit or declaration stating that the Summary Notice has been published in accordance with the terms of this Order.

6. The Court finds that dissemination of the Notice of Proposed Settlement and Proof of Claim form in the manner required by ¶ 4 above, and publication of the Summary Notice in the manner required by ¶ 5 above, constitutes the best notice practicable under the circumstances to the Settlement Class and fully satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure, and other requirements of due process, and shall constitute due and sufficient notice to all persons entitled thereto.

7. The Settlement Hearing will be held on September 13, 2004 at 1:30 p.m. at which time the Court will determine whether the Settlement, as set forth in the Stipulation, should be approved as fair, reasonable and adequate to the Settlement Class

and whether the Judgment approving the Stipulation and dismissing the Action on the merits and with prejudice against Plaintiffs and the Settlement Class should be entered, whether the proposed Plan of Allocation should be approved and an order entered thereon, and consider the application of Plaintiffs' Counsel for an award of attorneys' fees, costs, and expenses pursuant to ¶ 11.1 of the Stipulation should be approved and an order entered thereon. The Court from time-to-time may adjourn or continue the Settlement Hearing without further notice to the Settlement Class.

8. Any Settlement Class Member may appear at the Settlement Hearing and show cause, if he, she or it has any, why the Court should or should not (a) approve the proposed Settlement as fair, reasonable, and adequate; (b) enter the Judgment; (c) approve the proposed Plan of Allocation; or (d) award Plaintiffs or their Counsel attorneys' fees, costs and expenses in the amount requested; provided, however, that no Plaintiff or Settlement Class Member or any other person shall be entitled to object to the foregoing matters unless on or before August 27, 2004 that person has served by hand or by post-marked first class mail written objections and copies of any papers and briefs on Gilman & Pastor LLP, Douglas M. Brooks, 999 Broadway, Ste 500, Saugus, MA 01906; and Morrison & Foerster LLP, Charles E. Patterson, 555 West Fifth Street, Suite 3500, Los Angeles, California 90013-1024, and has filed said objections, papers and briefs with the Clerk of the Court. Any Settlement Class Member who does not make his, her or its objection in the manner provided shall be deemed to have waived such objection and shall forever be foreclosed from making

1 any objection to the fairness or adequacy of the foregoing
2 matters, unless otherwise ordered by the Court.
3  9. Any Settlement Class Member who is also a Former
4 Herbalife Supervisor and wishes to participate in the Settlement
5 Fund and/or receive reimbursement for purchases of Newest Way to
6 Wealth Promotional Materials from the Refund Pool must submit a
7 valid Proof of Claim form to the Claims Administrator in
8 accordance with the instructions contained in the Notice of
9 Proposed Settlement and Proof of Claim form. Any Settlement
10 Class Member who is also a Current Herbalife Supervisor and
11 wishes to receive a 10% rebate (as set forth in ¶ 5.1.3 of the
12 Stipulation) on its Herbalife purchases for twelve months must
13 submit a valid Rebate Request in accordance with the instructions
14 contained in the Notice of Proposed Settlement and Proof of Claim
15 form. Unless the Court orders otherwise, all Proof of Claim
16 forms must be post-marked no later than _October 26_, 2004
17 (120 days after the date of this order). Any Settlement Class
18 Members who do not timely submit a Proof of Claim form in the
19 manner provided, unless otherwise ordered by the Court, shall be
20 forever barred from receiving any payments from the Settlement
21 Fund or Refund Pool or receiving a rebate, but will in all other
22 respects be subject to and bound by the provisions of the
23 Stipulation and the Judgment. Unless otherwise ordered by the
24 Court or compelled by operation of law, the Claims Administrator
25 shall not disclose the Proof of Claim forms or their contents
26 other than to Plaintiffs' Counsel or the Court. The Claims
27 Administrator shall forward all Rebate Requests to Herbalife
28 International of America, Inc. to process the rebate.

Plaintiffs' Counsel shall not use the Proof of Claim forms or any information contained therein other than in connection with the settlement of the Action.

10. Settlement Class Members who wish to exclude themselves from the Settlement Class and from participation in the Settlement must do so in accordance with the instructions contained in the Notice of Proposed Settlement. All requests for exclusion must be received or postmarked no later than August 27, 2004. Settlement Class Members who do not file timely requests for exclusion in the manner provided for in the Notice of Proposed Settlement will be bound by any and all judgments or orders entered or approved by the Court in connection with the Settlement, whether favorable or unfavorable to the Settlement Class.

11. Only Plaintiffs' Counsel or a Person who is both a Former Herbalife Supervisor *and* a Settlement Class Member shall have rights to any portion of the Settlement Fund, except as otherwise provided for in the Stipulation.

12. All reasonable costs incurred in notifying Settlement Class Members, as well as administering and distributing the Settlement Fund and Refund Pool, shall be paid as set forth in the Stipulation.

13. All briefs and other papers in support of the Settlement, the Plan of Allocation and Plaintiffs' Counsel's applications for attorneys' fees, costs, and expenses shall be filed with the Court no later than September 3, 2004.

14. Pending final determination as to whether the Settlement contained in the Stipulation should be approved,

1 | Plaintiffs, whether directly, representatively, or in any other
2 | capacity, shall not institute or prosecute in any court or
3 | tribunal any of the Released Claims against any of the Released
4 | Parties.

5 |     15. All discovery and other proceedings in this Action are
6 | stayed until further order of the Court.

7 |     16. The Court reserves the right to continue, adjourn or
8 | extend any of the deadlines set forth in this Order, including
9 | the date of the Settlement Hearing, and the time for
10 | consideration of the proposed Plan of Allocation and Plaintiffs'
11 | Counsel's application for an award of attorneys' fees, costs and
12 | expenses, without further notice to the Settlement Class, and
13 | retains jurisdiction to consider all further applications arising
14 | out of or in connection with the proposed Settlement.

15 |     IT IS SO ORDERED.

16 | Dated: 6/28/04

                                          S. JAMES OTERO
                                   UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE BY MAIL
(Code Civ. Proc. §§ 1013(a), 2015.5)

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 555 West Fifth Street, Suite 3500, Los Angeles, California 90013-1024; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**[PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT, APPROVING NOTICE OF PROPOSED SETTLEMENT AND SETTING SETTLEMENT HEARING**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 555 West Fifth Street, Suite 3500, Los Angeles, California 90013-1024, in accordance with Morrison & Foerster's ordinary business practices:

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at Los Angeles, California, this 25th day of June, 2004.

| Marva Reese | _(signature)_ |
|---|---|
| (typed) | (signature) |

la-732693

Proof of Service — [Proposed] Order Preliminarily Approving Settlement

## SERVICE LIST

Herbalife/Jacobs – [Proposed] Order Preliminarily Approving Settlement, Approving Notice of Proposed Settlement and Setting Settlement Hearing

**Attorneys for Plaintiffs Nancy Jacobs and Annette M. Sanchez**
Douglas M. Brooks, Esq.
Edward L. Manchur, Esq.
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts  01906

**Attorneys for Plaintiffs Nancy Jacobs and Annette M. Sanchez**
Robert C. Schubert
Aaron H. Darsky, Esq.
SCHUBERT & REED, LLP
2 Embarcadero Center - #1660
San Francisco, CA  94111

**Attorneys for HB International Group & Andry**
David H. Getz, Esq.
JUDKINS, GLATT, GETZ, GALLAGHER & BONANNO LLP
16236 San Dieguito Rd., Suite 4-21
P. O. Box 8022
Rancho Santa Fe, CA  92057-8022

**Attorneys for DreamBuilders, Powell & Juneja**
Kevin D. Quigley, Esq.
QUARLES & BRADY STREICH LANG, LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ  85004-2391

**Pro se litigants**
Craig and Carolin Tsutakawa
1652 Iroquois Rd.
Rocklin, CA 95765

**Attorneys for John Beall**
Alan H. Boon, Esq.
BERGER, KAHN, SHAFTON, MOSS, FIGLER, SIMON & GLADSTONE
2 Park Plaza, Suite 650
Irvine, CA 92614-8516

la-732693

2

| | |
|---|---|
| 1 | **Attorneys for Stephen and Debra Combs** |
| | Scott Day Freeman, Esq. |
| 2 | SQUIRE SANDERS & DEMPSEY L.L.P. |
| | Two Renaissance Square |
| 3 | 40 North Central Avenue, Suite 2700 |
| | Phoenix, AZ  85004-4498 |
| 4 | |
| | Adam Fox, Esq. |
| 5 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | 801 South Figueroa Street, 14th Floor |
| 6 | Los Angeles, CA  90017-5554 |
| 7 | **Attorney for Leah Singleton** |
| | Linda L. Northrop, Esq. |
| 8 | LAW OFFICES OF LINDA L. NORTHRUP, P.C. |
| | 12400 Wilshire Boulevard, Suite 400 |
| 9 | Los Angeles, CA 90025-1030 |
| 10 | **Attorneys for Brett Bartholomew** |
| | Adam J. Soibelman, Esq. |
| 11 | STONE ROSENBLATT & CHA |
| | 16633 Ventura Blvd., Suite 1401 |
| 12 | Encino, CA  91436 |

la-732693

3

Proof of Service — [Proposed] Order Preliminarily Approving Settlement