ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

SEP 30 2004

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

SCANNED

ENTERED
CLERK, U.S. DISTRICT COURT

OCT - 1 2004

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Priority ____
Send ✓
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY JACOBS and ANNETTE M. SANCHEZ, Individually On Behalf of Themselves and All Others Similarly Situated, and on Behalf of the General Public,<br><br>Plaintiffs,<br><br>v.<br><br>HERBALIFE INTERNATIONAL, INC., HERBALIFE INTERNATIONAL OF AMERICA, INC., DREAM BUILDERS & ASSOCIATES INTERNATIONAL, INC., H.B. INTERNATIONAL GROUP, INC., ANTHONY POWELL, DORAN ANDRY, CRAIG M. TSUTAKAWA, CAROLINE TSUTAKAWA, TARUN JUNEJA, JOHN BEALL, BRETT BARTHOLOMEW, LEAH SINGLETON, STEPHEN COMBS AND DEBRA COMBS,<br><br>Defendants. | No. 02-01431 SJO (RCx)<br><br>[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL<br><br>Hon. S. James Otero<br><br>Discovery Cut-off: none set<br>Trial Date: none set<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

{00003376.DOC ; 1}

la-703048

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL

1  This matter came on for hearing on
2  _____, 2004. The Court has considered the
3  Stipulation of Settlement (the "Stipulation") and all
4  oral and written objections, briefs, and comments
5  received regarding the proposed Settlement, and has
6  reviewed the entire record. Good cause appearing,
7  IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS
8  FOLLOWS:
9  1. The Court, for purposes of this Judgment and
10 Order of Dismissal, adopts the definitions set forth in
11 paragraphs 1.1 through 1.53 of the Stipulation.
12 2. The Court has jurisdiction over the subject
13 matter of this Action, the Plaintiffs, the Settlement
14 Class Members, the Herbalife Defendants, Dream Builders
15 & Associates International, Inc. and H.B. International
16 Group, Inc.
17 3. The Court finds that the distribution of the
18 Notice of Proposed Settlement, the Proof of Claim form
19 and the publication of the Summary Notice as provided
20 for in the Order Preliminarily Approving Settlement,
21 Approving Notice of Proposed Settlement and Setting
22 Settlement Hearing signed June 28_____, 2004
23 ("Preliminary Approval Order") constituted the best
24 notice practicable under the circumstances to all
25 Persons within the definition of the Settlement Class,
26 and fully complied with Rule 23 of the Federal Rules of
27
28

Civil Procedure, the United States Constitution, and any other applicable law.

4.  The Court approves the Settlement set forth in the Stipulation and each of the releases and other terms, as fair, reasonable, and adequate to the Settling Parties. The Settling Parties shall consummate the Settlement in accordance with its terms as set forth in the Stipulation.

5.  This Action, and all claims contained therein, are dismissed on the merits and with prejudice as to the Plaintiffs and all Settlement Class Members and without prejudice as to any non-certified potential putative class members falling outside the definition of the Settlement Class approved by the Court. This dismissal shall be without costs to any party.

6.  As of the Effective Date, all Releasors shall conclusively be deemed to have, and by operation of this Judgment shall have, released and forever discharged the Released Parties from all Released Claims.

7.  As of the Effective Date, all Releasors shall conclusively be deemed to have acknowledged that the Released Claims include all claims, rights, demands, causes of action, liabilities, or suits, including Unknown Claims, as of the Effective Date. The Releasors nonetheless release all such claims. All Releasors shall further, as of the Effective Date, conclusively be deemed to have waived the rights afforded by California

1  Civil Code Section 1542, and any similar statute or law,
2  or principle of common law, of California or any other
3  jurisdiction.
4      8.  As of the Effective Date, Releasors and all
5  Persons in privity with them and all Persons acting in
6  concert or participation with them, either directly or
7  indirectly, representatively or in any other capacity,
8  including but not limited to predecessors in interest,
9  successors and assigns, representatives, advisors,
10 agents, attorneys, heirs, spouses, administrators,
11 executors, insurers, and accountants, are hereby
12 permanently barred and enjoined from commencing,
13 prosecuting, or participating in the recovery of any
14 direct or representative action, or any action in any
15 other capacity, asserting or relating to any of the
16 Released Claims against the Released Parties in this or
17 any other forum.
18     9.  The Court reserves exclusive and continuing
19 jurisdiction over this Action, the Plaintiffs, the
20 Settlement Class, and the Defendants for purposes
21 including: (1) supervising the implementation,
22 enforcement, construction and interpretation of the
23 Stipulation and all exhibits, the Preliminary Approval
24 Order, the Plan of Allocation, and this Judgment;
25 (2) hearing and determining the Plan of Allocation and
26 any application by Plaintiffs' Counsel for an award of
27 attorneys' fees, costs and expenses; and (3) supervising
28

the distribution of the Settlement Fund, Refund Pool and 10% rebate set forth in ¶¶ 5.1.1 through 5.1.3 of the Stipulation.

10. Neither this Judgment, nor the Stipulation, nor any of their terms or provisions, nor any of the negotiations or proceedings connected with them, shall be: (1) construed as an admission or concession by Defendants of the truth of any of the allegations in the Complaint, or of any liability, fault, or wrongdoing of any kind; or (2) construed as an admission by the Plaintiffs, Settlement Class Members, or Plaintiffs' Counsel as to any lack of merit of the Action.

11. The clerk is ordered to enter this Judgment forthwith.

Dated: 9/30/04

_____
S. James Otero
U.S. District Court Judge