ORIGINAL

FILED
CLERK, U.S DISTRICT COURT
SEP 3 0 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ✓ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
OCT - 1 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY JACOBS and ANNETTE M. SANCHEZ, Individually On Behalf of Themselves and All Others Similarly Situated, and on Behalf of the General Public,<br><br>Plaintiffs,<br><br>v.<br><br>HERBALIFE INTERNATIONAL, INC., HERBALIFE INTERNATIONAL OF AMERICA, INC., DREAM BUILDERS & ASSOCIATES INTERNATIONAL, INC., H.B. INTERNATIONAL GROUP, INC., ANTHONY POWELL, DORAN ANDRY, CRAIG M. TSUTAKAWA, CAROLINE TSUTAKAWA, TARUN JUNEJA, JOHN BEALL, BRETT BARTHOLOMEW, LEAH SINGLETON, STEPHEN COMBS AND DEBRA COMBS,<br><br>Defendants. | No. 02-01431 SJO (RCx)<br><br>[~~PROPOSED~~] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS<br><br>Hon. S. James Otero<br><br>Discovery Cut-off: none set<br>Trial Date: none set<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

{00003377.DOC ; 1}
la-703048    [Proposed] Order Approving Plan of Allocation Of Settlement Proceeds

1         This matter came on for hearing on
2 _Sept 27_, 2004. The Court has considered the
3 Stipulation of Settlement (the "Stipulation"), and all
4 oral and written objections, briefs, and comments
5 received regarding the proposed Settlement, and has
6 reviewed the entire record. Good cause appearing,

7     IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS
8 FOLLOWS:

9     1. The Court, for purposes of this order, adopts
10 the definitions set forth in paragraphs 1.1 through 1.53
11 of the Stipulation.

12     2. By separate order, the Court has approved the
13 Settlement set forth in the Stipulation and each of the
14 releases and other terms, as fair, reasonable, and
15 adequate to the Settling Parties. The Court has also
16 approved notice of the Settlement to the Settlement
17 Class as complying with Rule 23 of the Federal Rules of
18 Civil Procedure, the United States Constitution, and any
19 other applicable law.

20     3. The Court has reviewed the Plan of Allocation
21 attached as Exhibit D to the Stipulation of Settlement
22 and approves it as fair, reasonable and adequate,
23 provided that in the event that there are funds
24 remaining in the Settlement Fund which are not
25 distributed to Settlement Class Members, pursuant to
26 Paragraph 12 of the Plan of Allocation, Plaintiffs'

Counsel shall apply to the Court for approval of the charity to be designated to receive such funds.

Dated: 9/31-7

S. James Otero
U.S. District Court Judge