ROBERT C. SCHUBERT S.B.N. 62684
(rschubert@schubertlawfirm.com)
JASON A. PIKLER S.B.N. 245722
(jpikler@schubertlawfirm.com)
SCHUBERT, JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

DOUGLAS M. BROOKS
(dbrooks@GilmanPastor.com)
GILMAN AND PASTOR, LLP
63 Atlantic Avenue, 3rd Floor
Boston, , MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

Co-Lead Counsel for Lead Plaintiffs
Nancy Jacobs and Annette M. Sanchez and the Class

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| NANCY JACOBS and ANNETTE M. SANCHEZ, Individually On Behalf of Themselves And All Others Similarly Situated, and on Behalf of the General Public,<br><br>Plaintiffs,<br><br>vs.<br><br>HERBALIFE INTERNATIONAL, INC., HERBALIFE INTERNATIONAL OF AMERICA, INC., DREAM BUILDERS & ASSOCIATES INTERNATIONAL, INC., H.B. INTERNATIONAL GROUP, INC., ANTHONY POWELL, DORAN ANDRY, CRAIG M. TSUTAKAWA, CAROLINE TSUTAKAWA, TARUN JUNEJA, JOHN BEALL, BRETT BARTHOLOMEW, LEAH SINGLETON, STEPHEN COMBS and DEBERA COMBS,<br><br>Defendants. | **Case No. CV-02-01431 SJO (RCx)**<br><br>**NOTICE OF MOTION, MOTION FOR ORDER APPROVING *CY PRES* DISTRIBUTION OF THE REMAINING FUNDS IN THE SETTLEMENT FUND TO BAY AREA LEGAL AID, AND MEMORANDUM IN SUPPORT THEREOF**<br><br>Date: November 14, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 1 – 2nd floor<br><br>Hon. S. James Otero |

NOTICE OF MOTION, MOTION FOR ORDER APPROVING *CY PRES* DISTRIBUTION OF REMAINING FUNDS IN SETTLEMENT FUND TO BAY AREA LEGAL AID; AND SUPPORTING MEMORANDUM
Case No. CV-02-01431 SJO (RCx)

1

## NOTICE OF MOTION AND MOTION

Plaintiffs in the above-entitled action hereby give notice that on November 14, 2011 at 10:00 a.m. in the courtroom of the Honorable S. James Otero, Plaintiffs shall move the Court for an Order Approving *Cy Pres* Distribution of the Remaining Funds in the Settlement Fund to Bay Area Legal Aid, submitted herewith. Plaintiffs make this motion pursuant to the Court's Order, entered on October 1, 2004, Approving the Plan of Allocation of Settlement Proceeds, in which the Court instructed Plaintiffs to apply for the Court's approval of a charity to distribute the remaining funds in the Settlement Fund in the event that any funds remained after attempts to distribute the funds to eligible class members had been exhausted.

Plaintiffs submit this motion on its pleadings and waive oral argument. Plaintiffs' counsel has discussed the motion with Herbalife's outside counsel, and Plaintiffs expect that Herbalife will file a statement of non-opposition. The motion is based upon this Notice of Motion and Motion, the accompanying Memorandum, the Declarations of Michael Rosenbaum and Jason Pikler, and the pleadings and papers on file in this action.

## MEMORANDUM OF POINTS AND AUTHORITIES
## INTRODUCTION AND BACKGROUND

Plaintiff Nancy Jacobs was a former Herbalife supervisor who participated in the Newest Way to Wealth ("NWTW") program, a promotional system that was developed and sold by Defendants to market Herbalife products and/or recruit Herbalife distributors.

Jacobs filed a class action against all Defendants, alleging that Herbalife's marketing system and the NTWTW program constituted an unlawful pyramid scheme. In her amended complaint, along with an additional named plaintiff, Annette Sanchez, Jacobs sought relief under state statutory and common law claims and for violation of the federal securities laws.

NOTICE OF MOTION, MOTION FOR ORDER APPROVING *CY PRES* DISTRIBUTION OF REMAINING FUNDS IN SETTLEMENT FUND TO BAY AREA LEGAL AID; AND SUPPORTING MEMORANDUM
Case No. CV-02-01431 SJO (RCx)

2

On or about May 21, 2004, Plaintiffs and Defendants executed a Stipulation of Settlement, in which Herbalife International of America, Inc. agreed to provide up to $6 million in cash relief, comprising a $3 million Settlement Fund, a $1 million Refund Pool, and up to $2 million in product rebates. In addition, Herbalife agreed to make certain changes to Herbalife's distributor rules (the "Settlement").

By Order and Final Judgment entered on October 1, 2004 (the "Final Judgment"), the Court (1) certified the Action as a class action for the purposes of settlement, (2) found the terms and conditions of the Settlement to be fair, reasonable and adequate for the settlement of all claims asserted against all Defendants, (3) found the Plan of Allocation to be a fair and reasonable method to allocate the settlement proceeds among the class members; (4) awarded attorneys' fees and reimbursement of expenses to be paid to Plaintiffs' counsel from the Settlement Fund; and (5) entered judgment dismissing the action on the merits and with prejudice in favor of the Defendants as against all persons or entities who are members of the Class and who did not request exclusion therefrom. The Court reserved jurisdiction over all matters relating to the consummation of the Settlement.

**Distribution of Settlement Funds**

By Order entered September 21, 2005, the Court authorized the distribution of settlement consideration to class members, including the pro rata distribution of the net Settlement Fund and Refund Pool, after attorneys' fees and expenses and the costs of administering the settlement had been paid from the Settlement Fund.

On October 4, 2005, the claims administrator mailed 2,482 settlement checks to eligible Settlement Fund and Refund Pool class members. (Declaration of Michael Rosenbaum in Support of Motion for Order Approving *Cy Pres* Distribution of Remaining Funds in the Settlement Fund to Bay Area Legal Aid ("Rosenbaum Decl."), ¶ 2.) To save costs, when a class member was eligible for a pro rata

NOTICE OF MOTION, MOTION FOR ORDER APPROVING *CY PRES* DISTRIBUTION OF REMAINING FUNDS IN SETTLEMENT FUND TO BAY AREA LEGAL AID; AND SUPPORTING MEMORANDUM
Case No. CV-02-01431 SJO (RCx)

3

distribution from both the Settlement Fund and Refund Pool, the total distribution was combined into a single check. (*Id.* at ¶ 3.)

Of the 2,482 checks originally distributed to eligible class members, a small number of checks have remained uncashed. (*Id.* at ¶¶ 4, 7.) The claims administrator attempted two subsequent Accurint searches to obtain updated addresses for these class members—in February 2007 and in May 2010—which succeeded in reducing the number of unclaimed checks. (*Id.* at ¶ 5.) However, despite the best efforts of the claims administrator, 38 checks remain uncashed. (*See id.* at ¶¶ 4-7.) The outstanding checks total $14,850.22. (*Id.* at ¶ 7.) This total has been reduced by bank fees, leaving an unclaimed balance of $14,325.06. (*Id.* at ¶ 9.) Of that amount, apportioning the bank fees equally to the two funds, there currently remains $5,163.78 unclaimed from the Settlement Fund, and $9,161.28 from the Refund Pool. (*Id.* at ¶ 10.)

### *Cy Pres* Distribution

Pursuant to the Plan of Allocation, should there be any residual funds remaining in the Settlement Fund after efforts to distribute the funds had been exhausted, the funds would be subject to *cy pres* distribution to a charity proposed by Plaintiffs' counsel and approved by the court. (Plan of Allocation, ¶ 12) (attached as Exhibit A to the Declaration of Jason Pikler in Support of Motion for Order Approving *Cy Pres* Distribution of Remaining Funds in the Settlement Fund to Bay Area Legal Aid ("Pikler Decl.").) Plaintiffs propose that the residual balance in the Settlement Fund be distributed to Bay Area Legal Aid, an organization that provides legal services to low-income residents in the San Francisco Bay Area.[1]

---

[1] Pursuant to the Plan of Allocation, any residual funds remaining from the Refund Pool shall be returned to Herbalife International of America, Inc. (Pikler Decl., Ex. A, ¶ 6.)

NOTICE OF MOTION, MOTION FOR ORDER APPROVING *CY PRES* DISTRIBUTION OF REMAINING FUNDS IN SETTLEMENT FUND TO BAY AREA LEGAL AID; AND SUPPORTING MEMORANDUM
Case No. CV-02-01431 SJO (RCx)

# ARGUMENT

## I. Pursuant to the Court's Prior Order, Plaintiffs' Counsel Must Apply for Approval of the Recipient of *Cy Pres* Distribution.

In the Court's Order Approving Plan of Allocation of Settlement Proceeds, entered October 1, 2004, the Court provided that Plaintiffs shall apply to the Court for approval of a charity to receive any residual funds from the Settlement Fund:

> [I]n the event that there are funds remaining in the Settlement Fund which are not distributed to Settlement Class Members, pursuant to Paragraph 12 of the Plan of Allocation, Plaintiffs' Counsel shall apply to the Court for approval of the charity to be designated to receive such funds.

Order Approving Plan of Allocation of Settlement Proceeds, entered October 1, 2004, at 3:23-4:2 (attached as Exhibit B to the Pikler Decl.).

Plaintiffs' counsel was notified by the claims administrator that unclaimed funds remain in the Settlement Fund despite multiple attempts to distribute the funds to class members. Plaintiffs have accordingly filed the instant motion to obtain the Court's approval of a charity so that these remaining funds can be distributed to a worthwhile organization as soon as practicable.[2]

## II. Plaintiffs' Counsel Proposes to Distribute the Residual Settlement Funds to Bay Area Legal Aid

Class counsel proposes to distribute the residual funds to Bay Area Legal Aid ("BayLegal"), the largest provider of free civil legal services to low-income

---

[2] Prior to applying for this Order, Plaintiffs' counsel conferred with outside counsel for Herbalife, which had provided the funds for the Settlement Fund pursuant to the Settlement. Herbalife's counsel agreed that any amount remaining in the Settlement Fund would be distributed to a charity selected by Plaintiffs' counsel. (Pikler Decl. at ¶ 2.) He further stated that Herbalife would not oppose Plaintiffs' proposed distribution to Bay Area Legal Aid. (*Id.*)

NOTICE OF MOTION, MOTION FOR ORDER APPROVING *CY PRES* DISTRIBUTION OF REMAINING FUNDS IN SETTLEMENT FUND TO BAY AREA LEGAL AID; AND SUPPORTING MEMORANDUM
Case No. CV-02-01431 SJO (RCx)

5

communities in the San Francisco Bay Area. A copy of BayLegal's 2010 Annual Report is attached as Exhibit C to the Pikler Decl. BayLegal focuses its limited resources on four areas of law identified by the client community as their most pressing needs: (1) Domestic Violence Prevention & Related Family Law; (2) Housing Preservation; (3) Health Care Access; and (4) Economic Security (i.e. public benefits and other financial assistance).

    Cy pres distribution to a legal aid organization is appropriate where, as here, there is no specific organization that services the needs of the specific class members. *See LaParne v. Monex Deposit Co.*, No. SACV 08-0302 DOC, 2010 WL 4916606, at *4 (C.D. Cal., Nov. 29, 2010) (ordering that any residual funds be distributed to the Red Cross and noting that "where a related charity does not exist, courts may direct funds to organizations with general charitable aims") (*citing Superior Beverage Co. v. Owens-Illinois, Inc.*, 827 F. Supp. 477 (N.D. Ill. 1993) (collecting cases supporting *cy pres* distribution to legal aid programs and other charities unrelated to issues litigated in case).

## CONCLUSION

Plaintiffs respectfully request that this Court enter the accompanying Order, which authorizes plaintiffs to distribute the remaining balance in the Settlement Fund to Bay Area Legal Aid and/or to another charity designated by the Court.

NOTICE OF MOTION, MOTION FOR ORDER APPROVING *CY PRES* DISTRIBUTION OF REMAINING FUNDS IN SETTLEMENT FUND TO BAY AREA LEGAL AID; AND SUPPORTING MEMORANDUM
Case No. CV-02-01431 SJO (RCx)

6

DATED: October 5, 2011

SCHUBERT, JONCKHEER & KOLBE LLP

By: _____
Robert C. Schubert

SCHUBERT, JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

DOUGLAS M. BROOKS
GILMAN AND PASTOR, LLP
63 Atlantic Avenue, 3rd Floor
Boston, , MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

Attorneys for Individual and Representative Plaintiffs Nancy Jacobs and Annette M. Sanchez

NOTICE OF MOTION, MOTION FOR ORDER APPROVING *CY PRES* DISTRIBUTION OF REMAINING FUNDS IN SETTLEMENT FUND TO BAY AREA LEGAL AID; AND SUPPORTING MEMORANDUM
Case No. CV-02-01431 SJO (RCx)

7