ROBERT C. SCHUBERT S.B.N. 62684
(rschubert@schubertlawfirm.com)
JASON A. PIKLER S.B.N. 245722
(jpikler@schubertlawfirm.com)
SCHUBERT, JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

DOUGLAS M. BROOKS
(dbrooks@GilmanPastor.com)
GILMAN AND PASTOR, LLP
63 Atlantic Avenue, 3rd Floor
Boston, , MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

Co-Lead Counsel for Lead Plaintiffs
Nancy Jacobs and Annette M. Sanchez and the Class

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| NANCY JACOBS and ANNETTE M. SANCHEZ, Individually On Behalf of Themselves And All Others Similarly Situated, and on Behalf of the General Public, <br><br> Plaintiffs, <br><br> vs. <br><br> HERBALIFE INTERNATIONAL, INC., HERBALIFE INTERNATIONAL OF AMERICA, INC., DREAM BUILDERS & ASSOCIATES INTERNATIONAL, INC., H.B. INTERNATIONAL GROUP, INC., ANTHONY POWELL, DORAN ANDRY, CRAIG M. TSUTAKAWA, CAROLINE TSUTAKAWA, TARUN JUNEJA, JOHN BEALL, BRETT BARTHOLOMEW, LEAH SINGLETON, STEPHEN COMBS and DEBRA COMBS, <br><br> Defendants. | Case No. CV-02-01431 SJO (RCx) <br><br> **DECLARATION OF JASON PIKLER IN SUPPORT OF MOTION FOR ORDER APPROVING *CY PRES* DISTRIBUTION OF REMAINING FUNDS IN THE SETTLEMENT FUND TO BAY AREA LEGAL AID** <br><br> Date:   November 14, 2011 <br> Time:   10:00 a.m. <br> Place:  Courtroom 1 – 2nd floor <br><br> Hon. S. James Otero |

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

DECL. OF JASON PIKLER ISO MOTION FOR ORDER APPROVING *CY PRES* DISTRIBUTION OF REMAINING FUNDS IN THE SETTLEMENT FUND TO BAY AREA LEGAL AID
Case No. CV-02-01431 SJO (RCx)

1

I, Jason Pikler, declare:

1.     I am an attorney licensed to practice law and an associate at Schubert, Jonckheer & Kolbe LLP, co-lead counsel for Plaintiffs in the above captioned litigation.  I submit this declaration in support of the accompanying Motion for Order Approving Cy Pres Distribution of Remaining Balance in the Settlement Fund to Bay Area Legal Aid.  I have personal knowledge of each of the facts stated herein, and if called as a witness could and would competently testify thereto.

2.     Pursuant to Local Rule 7-3, I conferred with Herbalife's outside counsel, Chuck Patterson, prior to applying for this Order.  Mr. Patterson agreed that, pursuant to the Plan of Allocation, any amount remaining in the Settlement Fund would be distributed to a charity selected by Plaintiffs' counsel.  He further stated that Herbalife would not oppose Plaintiffs' proposed *cy pres* distribution to Bay Area Legal Aid.

3.     Attached as Exhibit A is the Plan of Allocation of Settlement Proceeds, which was originally submitted as Exhibit D to the Stipulation of Settlement.

4.     Attached as Exhibit B is the Court's Order Approving the Plan of Allocation of Settlement Proceeds, entered on October 1, 2004.

5.     Attached as Exhibit C is a true and correct copy of Bay Area Legal Aid's 2010 Financial Report.

I declare under penalty of perjury under the laws of the United States and State of California that the foregoing is true and correct.

Executed this 5th day of October, 2011, in San Francisco, California.

Jason A. Pikler

DECL. OF JASON *PIKLER* ISO MOTION FOR ORDER APPROVING *CY PRES* DISTRIBUTION OF REMAINING FUNDS IN THE SETTLEMENT FUND TO BAY AREA LEGAL AID
Case No. CV-02-01431 SJO (RCx)

2

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

# EXHIBIT A

## EXHIBIT D

## PLAN OF ALLOCATION

After payment of expenses of notice and administration of settlement, taxes and such attorneys' fees and expenses as may be awarded by the Court, the Refund Pool and Settlement Fund shall be distributed as follows:

1.      All Settlement Class Members who are Former Herbalife Supervisors ("Claimants") are entitled to file claims in both the Refund Pool of $1,000,000 and the Settlement Fund of $3,000,000.  Claimants who wish to file claims in either the Refund Pool or Settlement Fund, or both, must file a Proof of Claim in the form attached to the Settlement Notice by the Claims Deadline.

Settlement Class Members who are Current Herbalife Supervisors are not entitled to file claims in the Refund Pool or Settlement Fund, but are entitled to product rebates as provided in the Stipulation of Settlement.  The Proof of Claim form will have a question for eligible class members to elect to receive the product rebates.  Herbalife will track the purchases of Current Herbalife Supervisors who request the product rebates and calculate the amount of the rebates to which each is entitled, as provided in Paragraph 5.1.3. of the Stipulation of Settlement.

2.      **Refund Pool.**  Claimants who wish to obtain a refund for Newest Way to Wealth Promotional Materials must complete the Refund Pool Claim section of the Proof of Claim, attach the required documentation and timely submit the completed Proof of Claim to the Claims Administrator.

3.      The Claims Administrator shall review all Proofs of Claim which are timely submitted and determine the amount of each Refund Pool Claim.  The Claims Administrator is

authorized to adjust the amount of a Refund Pool Claim if inadequate documentation is supplied.

4.      In the event that the aggregate amount of Refund Pool Claims exceeds the net amount of the Refund Pool available for distribution, the Claims Administrator shall reduce each Refund Pool Claim on a pro rata basis to determine the Authorized Refund Pool Claim.

5.      The determination of the Claims Administrator as to the amount of each Authorized Refund Pool Claim will be subject to review by the Court.

6.      Any amount remaining in the Refund Pool after payment of all Authorized Refund Pool Claims and reasonable administrative fees shall be returned to Herbalife of America, Inc.

7.      **Settlement Fund.**  Claimants who wish to make claims for economic losses from the Settlement Fund must complete the Settlement Fund Claim section of the Proof of Claim, attach the required documentation, if any, and timely submit the completed Proof of Claim to the Claims Administrator.

8.      Claimants shall be entitled to elect Method A or Method B to determine their claim amount by checking the appropriate box on the Proof of Claim, completing the appropriate section of the Proof of Claim and attaching supporting documentation, if required.  Claimants electing Method A must itemize all of their allowable expenses and receipts during the Class Period, including but not limited to payments and/or refunds received from Herbalife and the NWTW Defendants, and provide adequate documentary proof for each item.  Claimants electing Method B shall authorize the Claims Administrator to calculate their Claim based on their purchase of NWTW Business Methods and their receipt of bonuses and commissions from Herbalife, using information produced by the Defendants in the Action.

9.      The Claims Administrator shall review all Proofs of Claim which are timely submitted and determine the amount of each Settlement Fund Claim.  The Claims Administrator is authorized to adjust the amount of a Claim if inadequate documentation is supplied.

10.     In the event that the aggregate amount of Settlement Fund Claims exceeds the net amount of the Settlement Fund available for distribution, the Claims Administrator shall reduce each Claim on a pro rata basis to determine the Authorized Settlement Fund Claim.

11.     The determination of the Claims Administrator as to the amount of each Authorized Settlement Fund Claim shall be subject to review by the Court.

12.     Any amount remaining in the Settlement Fund after payment of all Authorized Settlement Fund Claims shall be distributed to charitable and/or non-profit organizations (qualified under Section 501(c)(3) of the Internal Revenue Code), as may be designated by Plaintiffs' Counsel.

# EXHIBIT B

ORIGINAL

FILED
CLERK, U.S DISTRICT COURT

SEP 3 0 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

SCANNED

ENTERED
CLERK, U.S. DISTRICT COURT

OCT - 1 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NANCY JACOBS and ANNETTE M. SANCHEZ, Individually On Behalf of Themselves and All Others Similarly Situated, and on Behalf of the General Public,

                Plaintiffs,

    v.

HERBALIFE INTERNATIONAL, INC., HERBALIFE INTERNATIONAL OF AMERICA, INC., DREAM BUILDERS & ASSOCIATES INTERNATIONAL, INC., H.B. INTERNATIONAL GROUP, INC., ANTHONY POWELL, DORAN ANDRY, CRAIG M. TSUTAKAWA, CAROLINE TSUTAKAWA, TARUN JUNEJA, JOHN BEALL, BRETT BARTHOLOMEW, LEAH SINGLETON, STEPHEN COMBS AND DEBRA COMBS,

                Defendants.

No. 02-01431 SJO (RCx)

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS

Hon. S. James Otero

Discovery Cut-off: none set
Trial Date: none set

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

{00003377.DOC ; 1}
la-703048   [Proposed] Order Approving Plan of Allocation Of Settlement Proceeds

1  This matter came on for hearing on
2  _____ 27_____ , 2004.  The Court has considered the
3  Stipulation of Settlement (the "Stipulation"), and all
4  oral and written objections, briefs, and comments
5  received regarding the proposed Settlement, and has
6  reviewed the entire record.  Good cause appearing,

7    IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS
8  FOLLOWS:

9    1.  The Court, for purposes of this order, adopts
10  the definitions set forth in paragraphs 1.1 through 1.53
11  of the Stipulation.

12    2.  By separate order, the Court has approved the
13  Settlement set forth in the Stipulation and each of the
14  releases and other terms, as fair, reasonable, and
15  adequate to the Settling Parties. The Court has also
16  approved notice of the Settlement to the Settlement
17  Class as complying with Rule 23 of the Federal Rules of
18  Civil Procedure, the United States Constitution, and any
19  other applicable law.

20    3.  The Court has reviewed the Plan of Allocation
21  attached as Exhibit D to the Stipulation of Settlement
22  and approves it as fair, reasonable and adequate,
23  provided that in the event that there are funds
24  remaining in the Settlement Fund which are not
25  distributed to Settlement Class Members, pursuant to
26  Paragraph 12 of the Plan of Allocation, Plaintiffs'

27

28

1  Counsel shall apply to the Court for approval of the

2  charity to be designated to receive such funds.

3

4

5  Dated: _____9/31·7_____          _____

6                                       S. James Otero
                                         U.S. District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT C



BAY AREA LEGAL AID

2010 Annual Report



ANNIVERSARY BAY AREA LEGAL AID TENTH

**10**

Bay Legal's mission is to provide meaningful access to the civil justice system through quality legal assistance regardless of a client's location, language or disability.



## BOARD OF DIRECTORS

### Officers

Robert A. Goodin, Chair
Goodin, MacBride, Squeri, Day & Lamprey, LLP

John C. Dwyer, Vice-Chair
Cooley LLP

Mohammad Sheikh, CFO
Bay Area Legal Aid

Hazel King, Secretary
San Francisco County Community Representative

### Directors

William Alderman
Orrick, Herrington & Sutcliffe LLP

Anyta Archer
San Mateo County Community Representative

Louise Boccone
Marin County Community Representative

Peter H. Carson
Bingham McCutchen LLP

Fred M. Feller
Buresh Kaplan Feller & Chang

William E. Gagen, Jr.
Gagen, McCoy, McMahon, Koss, Markowitz & Raines

Dean Hanley
Paul & Hanley LLP

Arlene Hipp
Alameda County Community Representative

Christopher B. Hockett
Davis Polk & Wardwell

Theodora R. Lee
Littler Mendelson P.C.

David McClain
Kazan McClain Lyons Greenwood & Harley PLC

David Murphy
Morrison & Foerster LLP

Wassim Nassif
Alameda County Community Representative

Robert R. Planthold
At-Large Community Representative

Marvin Pree
Contra Costa County Community Representative

Dirk M. Schenkkan
Howard Rice Nemerovski Canady Falk & Rabkin P.C.

Susan L. Schwegman
Schwegman Law

Rick Simons
Furtado Jaspovice & Simons

George B. Speir
Miller, Starr Regalia

David Steuer
Wilson Sonsini Goodrich & Rosati

Joseph J. Tabacco, Jr.
Berman DeValerio

Anthony J. Trepel
Trepel Law Offices

Robert A. Van Nest
Keker & Van Nest LLP

* As of December 31. 2010

## TO OUR SUPPORTERS

To thousands of Bay Area residents living in poverty,
justice is not an abstract ideal. It is food, shelter and protection. It is the difference
between staying in poverty and getting out;
between dependence and self-reliance. But without help, justice is often denied.

BayLegal continues to serve as the Bay Area's keystone provider of legal services to the poor by addressing our clients' most pressing legal needs: economic security, safe and affordable housing, access to health care and escaping domestic violence.

Our clients reside throughout the greater Bay Area; we serve them from offices in San Jose, Redwood City, San Francisco, San Rafael, Napa, Richmond, Oakland, and from the Legal Advice Line, the Bay Area's only legal call-in center.

 

L–R: Robert A. Goodin, Chair, Board of Directors, Ramón P. Arias, Executive Director

The diversity of the people we represent reflects the diversity of the community in which we live, including people with disabilities, immigrant survivors of abuse, the working poor, the young, the elderly; people of all races, ethnicities, languages and sexual orientation. The manner in which we help them is equally diverse, from our Youth Justice Project that helps young people break the cycle of poverty to become productive, contributing members of the community, to our Medical-Legal Partnership with San Francisco General Hospital that helps families identify and overcome barriers to health that legal remedies can address, to our Foreclosure Prevention Program that helps people keep their homes, BayLegal responds to what our clients need the most.

As you will read in this annual report, we provided free legal services to 73,290 people in 2010. For many, our help produced significant, tangible results. For others, our representation helped empower them and gave them an opportunity to change their lives:

- **10,903 women and children escaped domestic violence**, allowing them to rebuild their lives in a stable, safe environment. The $3.5 million our clients obtained in support orders alone made it possible to live without abuse;

- **8,592 people kept their homes or moved into safe, affordable housing** that they otherwise would have been lost through housing discrimination, illegal evictions, or foreclosure rescue scams;

- **5,395 people gained access to $11.6 million in present and future health care and safety-net benefits**, including food stamps, in-home support services, and youth foster care benefits;

Your continued support made all of this possible. Unfortunately, even as the need to address basic human needs through legal intervention continues to increase, public and private financial support for legal services continues to dwindle. Your continued support is vital to BayLegal's sustainability and capacity to serve our clients in the future. In these pages you will see that your support goes to the very core of our system of justice: holding people and the government accountable, giving everyone with a meritorious claim a voice and opportunity to be heard, and with that opportunity comes dignity and hope.

**Thank you for being our Partner in Justice!**

Ramón Arias                     Robert A. Goodin
Executive Director              Chair, Board of Directors

# BUILDING HEALTHY COMMUNITIES



Access to timely, quality health care is critical to an individual's quality of life; however, many low-income people do not receive the health care they need. Of the more than 1.2 million people living in poverty in the Bay Area, 19% of adults under 65 have no medical insurance; while more than 60% of uninsured households have a full-time wage-earner.

BayLegal's health care access practice is as diverse as the needs of the families it represents.

BayLegal represents low-income people on issues ranging from eligibility for public health insurance programs, to medical debt, to access to essential medical supplies and critical medications.

In 2010, BayLegal helped to directly secure access to essential health care for 1,185 people. BayLegal also engaged in policy-changing casework in 2010, which will have a statewide impact benefitting thousands of low-income Californians.

## The San Francisco Medical-Legal Partnership

*"My son was never going to be well in the apartment we were stuck in. I am so grateful BayLegal was able to fight for our right to a safe and healthy place to live."*

The San Francisco Medical-Legal Partnership is a collaboration of Bay Area Legal Aid and San Francisco General Hospital Children's Health Center (SFGH). This unique partnership is designed to mitigate the social factors impacting children's health by providing legal assistance in the health care setting.

Existing housing habitability and other laws, if enforced, can remedy the conditions taking a toll on the health and development of San Francisco's low-income children. However, low-income families often face multiple barriers to accessing quality legal services, including lack of resources, time, transportation, language barriers, and mistrust of the legal system.

Physicians can now refer patients down the hall to an attorney who can help them achieve concrete goals that will help improve a child's health, such as helping a family move to a healthier home and getting them the public benefits they need to put food on the table.

## KYI'S STORY

### Determined to Build a Better Life for Her Daughters

Paralyzed and isolated by language and culture, Kyi and her family were struggling to get through each day. Today, because of Kyi's determination to build a better life for her children she is getting the support services she so desperately needed to care for her 2 and 4 year old daughters.

Kyi and her husband, Than, immigrated to the United States from a Thai refugee camp to escape the political turmoil in their home country of Myanmar. Just seven months after the family arrived in the Bay Area they faced an enormous setback; Kyi was rushed to the hospital, unable to walk. Kyi was diagnosed with a rare muscular and neurological disorder that would only worsen without rigorous, ongoing intervention.

The only thing on Kyi's mind was how would she be able to care for her daughters? During her stay at the hospital, a caseworker and interpreter helped Kyi apply for In-Home Support Services. IHSS would give Kyi access to a qualified professional who would help her get the medical intervention she needed to combat her condition.

IHSS tentatively approved Kyi for benefits pending an in-person interview with a case worker. Lacking a Burmese translator, and with the letter from IHSS written in English, the couple did their best to find the location of the appointment, but were unsuccessful. IHSS's response to the missed appointment was to terminate Kyi's benefits and refuse to provide future assistance.

Kyi contacted Bay Area Legal Aid. BayLegal appealed the denial and prevailed. In addition to getting her IHSS benefits reinstated, BayLegal worked with IHSS to ensure that all future communications to Kyi would be translated into Burmese.

Today Kyi is getting help at home to take care of herself; as a result she is feeling more confident about her ability to care for her daughters. Kyi said that ever since connecting with Bay Area Legal Aid "life is just getting better and better".

## IN 2010

# 1,185



## PEOPLE GAINED ACCESS TO $4 MILLION IN PRESENT AND FUTURE HEALTH CARE SUPPORT

### Maternal and Child Health Access v. DHCS and MRMIB

Making sure kids are enrolled in the right health care program means a world of difference for families living in poverty. Out-of-pocket charges like co-payments and deductibles mean poor families are left with less money for other necessities, like food and housing.

On December 13, 2010, the Superior Court of San Francisco found that the state had not been using the correct rules for calculating family incomes when evaluating children for enrollment in low-cost versus free health care. Children ages 6 to 18 are now being considered for enrollment in the free Medi-Cal health plan thanks to a successful lawsuit brought by Bay Area Legal Aid, Lawyers' Committee for Civil Rights, Legal Aid Society of San Mateo County, Neighborhood Legal Services of Los Angeles County, Lucy Quacinella, Esq., and Western Center on Law and Poverty.

In addition to changing its income calculation methods, the suit also resulted in the State voluntarily agreeing to provide low-income families more complete information about how their children can be considered for no-cost Medi-Cal. The State also agreed to expedite the process for enrolling infants whose mothers were covered by Medi-Cal during pregnancy.

# PRESERVING AFFORDABLE HOUSING



The Housing Preservation practice is designed to protect families from illegal evictions, including eviction after foreclosure; substandard housing conditions; and wrongful denials of housing subsidies. The practice also works to preserve and expand affordable housing and protect families from foreclosure rescue scams.

BayLegal serves as the Bay Area's leading provider of legal aid to individuals facing discrimination in housing. BayLegal's commitment to enforcing federal fair housing laws is at the center of the practice. BayLegal represents people discriminated against in housing on the basis of race, ethnicity, national origin, gender, disability, sexual orientation, family status or other protected class.

## The Tenants After Foreclosure Eviction Project

Families who occupy homes going into foreclosure are often unseen casualties of the housing crisis. In California, an estimated 20% of foreclosed properties are used as rentals. Renters often have no notice of the foreclosure and face damaged credit, utility shut-offs, and loss of rent payments and security deposits when they are summarily evicted from the foreclosed properties.

Spencer Wilson, Julius Glickman Fellowship in Public Interest Law of the University of Texas at Austin School of Law, assists low-income families and individuals facing eviction from foreclosed properties. Through the project tenants get the legal help they needed to navigate the complex foreclosure process, protect their legal rights, and maintain stability during their search for a new home.

Mr. Wilson provides direct legal representation to tenants in foreclosed properties while developing strategies to work with lending institutions, utility providers, and housing authorities to ensure these families do not become homeless.

## THE WALKER'S STORY

## BayLegal helps elderly couple battle predatory lender

Peggy and Stan Walker are low-income, elderly natives of the Bay Area. Stan worked for decades in various blue collar jobs and was forced to retire at 64 after a severe workplace injury. Peggy, also retired, had worked as a nurses' assistant for the elderly for two decades after raising their two sons.

The couple fell on hard times and behind in their mortgage payments. They were contacted by a mortgage broker that promised to solve their financial worries. After being pursued by the broker for several months they decided to refinance their home and entered into two loan agreements. Within months of the refinance the Walkers faced foreclosure.

Facing homelessness, Peggy and Stan contacted BayLegal. BayLegal filed suit on behalf of The Walkers. The lawsuit focused largely on the bad acts of the mortgage broker who originated the loans; the terms of which included an 11.5%, 20-year, interest-only loan. The Walkers stood to pay hundreds of thousands of dollars in interest and then a full balloon payment while in their late 80s living on a fixed income. The loans also caused the Walkers to incur unnecessary double origination fees and interest on the required up-front escrow account which held the first 10 loan payments.

BayLegal argued that the terms of the loan constituted predatory lending and won a preliminary injunction preventing the sale of the home during the lawsuit. BayLegal, with co-counsel Housing and Economic Rights Advocates and Chapman, Popik, and White LLP, argued that the mortgage broker, among other illegal acts, committed financial elder abuse, violations of California anti-predatory lending law, and unfair business practices.

After back-and-forth negotiating via the Federal Magistrate the defendants agreed to cancel both notes and deeds of trust and execute deeds of reconveyance granting the property to the Walkers free and clear.

### IN 2010

# 8,592



## PEOPLE GOT THE LEGAL HELP THEY NEEDED TO STAY IN SAFE, AFFORDABLE HOUSING

## Preserving Affordable Housing Units in Alameda County

The lack of decent and affordable housing and its effects fall squarely on the shoulders of the poor. For a family of four earning less than $26,460 paying market rent for an apartment in the Bay Area is unfathomable; leaving poor households without many options. This makes access to subsidized housing an imperative for the stability of thousands of low-income individuals and families, seniors, and disabled residents throughout the Bay Area.

When the Cities of Oakland, Berkeley and Dublin began the process of disposing of public housing units BayLegal was there to represent the thousands of families that would be affected. In each instance BayLegal negotiated with the local Housing Authority to receive assurances that the number of affordable housing units would not be reduced. In the case where the actual number of units would be reduced, families would be allowed to transfer to the Section 8 housing voucher program; ensuring poor families would not become homeless.

# DOMESTIC VIOLENCE PREVENTION



"Legal services…according to our research, [is the] the only service that decreases the likelihood women will be battered." *

When domestic violence survivors receive the legal services they need they are able to achieve physical safety and financial security, and, thus, are more likely to leave their abusers. BayLegal is a recognized leader in advocating for victims of domestic violence.

The Domestic Violence Prevention Project takes a holistic approach to representing survivors that is designed to empower women with the information and options they need to stop the abuse and build lives free of violence for themselves and their children. The project offers legal assistance in obtaining restraining orders, divorces, support orders, and safe custody and visitation orders.

In 2010, 10,903 women and children were enabled to escape domestic violence and start building safe, stable lives relying on stay-away injunctions and $3.5 million in support orders obtained by BayLegal.

*Amy Farmer & Jill Tiefenthaler, Explaining the Recent Decline in Domestic Violence (Dec. 2002)

## Advocating for low-income LGBT family law litigants

LGBT families face varying local, state and federal laws regarding same-sex marriage and domestic partnerships. BayLegal is among a handful of legal aid providers serving low-income LGBT family law litigants. Through direct representation, outreach and education the LGBT Family Law project empowers individuals and protects the legal rights of the Bay Area's low-income LGBT families.

**Recent Success:** In a Uniform Parentage Act case, BayLegal was successful in obtaining a non-biological parent legal parentage of a child she raised for 14 years. BayLegal successfully argued that the Court's requirement of notice to the incarcerated biological mother's relatives manifested underlying bias against same-sex parents.

## LISA MAHAY'S STORY

### "A year ago I felt I had no one. I was completely lost. Today I am a much stronger and independent woman."

When Lisa first came to Bay Area Legal Aid she was desperate to protect her children's lives and skeptical that there was anything anyone could do to help her. A mother of two, Lisa came to BayLegal seeking protection from Dave, the father of her youngest child, soon to be paroled from prison.

Lisa and Dave met, moved in together and were married and expecting a child all within just months. Things started off great, but while pregnant with their son, Dave became increasingly violent towards Lisa; leading up to the day he pushed her down the stairs claiming that Lisa's older son was being disrespectful. Dave was arrested that day, but before being taken away he told Lisa "next time I won't be so easy on you or the kids".

These words terrified Lisa, and even throughout the three years Dave was incarcerated for the domestic violence assault she still feared for her safety and the safety of her children. With the help of her attorney Lisa filed for dissolution of marriage from Dave, obtained a restraining order against him with both children as protected parties and was awarded sole custody of the two without visitation from Dave.

Today, Lisa and her sons are safe and secure in a new city. The kids are getting the help they need and Lisa is involved in a work training program.

## IN 2010

# 10,903



## WOMEN AND CHILDREN ESCAPED DOMESTIC VIOLENCE AND STARTED BUILDING SAFE, STABLE LIVES RELYING ON STAY-AWAY INJUNCTIONS AND $3.5 MILLION IN SUPPORT ORDERS

## Empowering Survivors by Eliminating Systemic Barriers

### *BayLegal partners with local Courthouse to help Survivors of Domestic Violence*

For many years, survivors in Northern Contra Costa County had to go to Richmond or Walnut Creek to get assistance in filing a pro se petition seeking a domestic violence restraining order. BayLegal took action, working with the Superior Court to allow for BayLegal to operate restraining order clinic at the courthouse. In addition to the clinic, the Superior Court now allows abuse survivors to file restraining order petitions in Pittsburg.

### *Prevented Mandatory Referral to Alternative Dispute Resolution for Family Law Cases*

Mandatory referral of family law cases involving domestic violence to alternative dispute resolution is potentially unsafe and inequitable. Abusers often use the process to continue to manipulate and control their spouse. BayLegal, through its participation on the Elkins Family Law Implementation Task Force drafting committee, successfully advocated to ensure that the needs of domestic violence survivors were considered in drafting the case management rules, thus eliminating the mandatory referral of domestic violence cases.

# HELPING FAMILIES ESCAPE POVERTY



The economy continues to magnify the difficulty low-income families face when trying to escape poverty. With unemployment rates at an all-time high finding stable jobs is more difficult and accessing support services has become a greater challenge, if not impossible. Social service agencies are reducing programs and services due to significant funding cuts while a growing number of people are applying for and receiving public benefits for the first time in their lives.

BayLegal's Economic Security Project is designed to address the plight poor families face and help improve their quality of life through increased access to income support programs despite the increased demand on the system. BayLegal works closely with local government agencies to improve policies so that programs with limited resources are more effective and responsive to the needs of families.

In addition to its systemic and impact work, BayLegal represents individuals and families appealing unlawful terminations and wrongful denials of Supplemental Security Income, General Assistance, Food Stamps, In-Home Supportive Services, and also works to ensure that the CalWORKs program serves as a bridge to gainful employment.

## Kearney v. Board of Supervisors

BayLegal was successful in its appeal of a General Assistance rule requiring recipients to provide a copy of their landlord's tax form showing rental profits were reported to the IRS. Those unable to provide the County with the document would have their grant reduced to a maximum grant of $105 per month and likely would have become homeless. The Court struck down the rule finding that it violated the county's mandate to aid residents who had no other means of support. Public Interest Law Project and Paul Hastings served as co-counsel.

## JACKIE'S STORY

## Economic Justice for a Domestic Violence Survivor

Jackie's husband was addicted to methamphetamine and abused Jackie during their six-year marriage. During one incident, he had held a knife to her throat threatened to kill her then fled the apartment with their two young daughters. After finding her daughters she fled to a domestic violence shelter where she learned about BayLegal. A domestic violence attorney helped Jackie get the protective orders she needed to protect herself and her daughters. The court also awarded Jackie sole legal and physical custody of her daughters. Jackie began to rebuild her life, free from violence.

However, Jackie soon discovered that her husband had written bad checks out of their joint checking account. As a result, both their checking account and her savings accounts were frozen. The Chex Security System entered a notation that Jackie was suspected of fraudulent activity. Although Jackie paid off the insufficient funds charges incurred by her abusive husband, she was unable to open a new checking account due to the information in Chex Systems. Despite two years of requests, Jackie was unable to get the bank to release the $500 that remained in her savings account. Jackie contacted BayLegal again, and within two months of working on Jackie's case, BayLegal's Equal Justice Fellow was able to get the false information in the Chex System corrected, get Jackie's savings account money refunded to her and help her to open a new checking account in her own name.

Jackie now feels more secure about maintaining her independence from her abuser, unhindered by the financial effects of his abuse.

## IN 2010

# 4,210



# PEOPLE GAINED ACCESS TO $11.6 MILLION IN PRESENT AND FUTURE SAFETY-NET PROGRAM BENEFITS

## Followship Spotlight: Equal Justice Works/Arnold & Porter Foundation Fellow Claire Johnson

Claire Johnson is an Equal Justice Works Fellow from University of California, Hastings College of Law. Her project, the Economic Justice Initiative, focuses on economic justice for domestic violence survivors.

The project works to address the economic ramifications of abusive relationships on low-income survivors of domestic violence. Removal of economic barriers and negative credit history creates the ability to obtain housing, credit, and education that can permanently move low-income families out of poverty. Likewise, for individuals currently in abusive relationships, a lack of economic independence creates a barrier to permanent separation from an abuser.

The project provides assistance with: financial safety planning and pre-emptive steps to avoid identity theft when separating from an abuser; debt collection defense; bankruptcy assistance and counseling; eviction and foreclosure defense; predatory loan protection; and ensuring accuracy in credit reporting.

# IMMIGRATION ISSUES



Many women come to America with hopes of better lives, but instead find themselves in abusive relationships. Their abusers maintain control through violence, threats of deportation and permanent separation from their children; leaving many victims of domestic violence and sexual assault afraid to leave their abuser. Congress recognized that the victims of serious abuse and violence were being further victimized by the real threat of deportation. To stop abusers from using immigration to further their criminal activity, Congress created the Violence Against Women Act, which provides immigration relief for victims of domestic violence, human trafficking and sexual assault.

The Immigration Relief project helps immigrant domestic violence survivors and victims of violent crimes stop the abuse, report the criminal activity and escape their abusers without fear of deportation or permanent separation from their children. BayLegal advocates and a cadre of committed pro bono attorneys help women obtain legal status to ensure the can become self-sufficient and begin to build safe, stable lives for themselves and their children.

## U-Visa: BayLegal Wrote the Book

In October of 2000, Congress passed an act which included the U visa—a type of immigration relief providing legal status to undocumented immigrant victims of crime who aid official investigation or prosecution of the crime. This book serves as an unofficial nationwide reference on the U-Visa and will be used by attorneys, advocates and many others across the country. It is a hands-on, practical compendium of samples and information on helping victims attain a U-Visa.

Immigration & Domestic Violence Regional Coordinator Catherine Ward-Seitz received co-author credits, along with Sally Kinoshita and Susan Boyer, for the 2nd edition of "The U-Visa Obtaining Status for Immigrant Victims of Crime".

## MYA XIAO'S STORY

### Abuse Survivor Vindicated with BayLegal's Help

Mya, a domestic violence survivor, represented herself at a hearing seeking a domestic violence restraining order from her abusive husband of four years. At the hearing the abuser made an accusation that the issuance of a protective order may give Mya "favorable immigration status" in this country. Despite Mya's declaration, which spelled out the severe abuse she had endured as well as the threat of abuse she now faced for leaving her husband, the Court refused to issue a protective order.

Scared, and unsure about her legal options Mya returned to BayLegal for help. BayLegal appealed the denial of the restraining order. While awaiting trial, BayLegal had to deal with the abuser's refusal to pay Mya court-ordered spousal support.

BayLegal filed and prosecuted a contempt charge against a client's abuser. The Court found the abuser guilty of three counts of contempt and sentenced him to fifteen days in jail.

Mya cried in happiness. To her the guilty finding meant so much more. This was not just about spousal support and forcing the abuser to pay and comply with a court order. Mya finally felt vindicated and acknowledged as an abuse survivor after having been ignored by the court during her restraining order hearing.

Since the contempt hearing BayLegal successfully appealed the denial of the restraining order and the Court has since issued a protective order and BayLegal continues to represent Mya in her divorce. Mya and her daughter are now out of the shelter, living in safe, affordable housing and receiving the court-ordered spousal support payments.

### IN 2010

# 1,505



## IMMIGRANT SURVIVORS OF DOMESTIC VIOLENCE, TRAFFICKING, AND SEXUAL ASSAULT RECEIVED THE IMMIGRATION RELIEF THEY NEEDED TO ESCAPE THE VIOLENCE

### Pro Bono Spotlight

BayLegal has the largest pro bono program in the Bay Area, placing more than 50 U-Visa and Violence Against Women Act cases annually. Since the pro bono program's inception in 2007 more than 220 immigrant survivors of domestic violence and their eligible family members, primarily children, have received representation to get legal status and employment authorization.

Over 10 law firms participate in BayLegal's program throughout the Bay Area. Each pro bono attorney, with training and ongoing mentorship from BayLegal, works with the client to develop her statement, gather supporting evidence and prepare the petition. Latham & Watkins LLP's Menlo Park and San Francisco offices have been dedicated pro bono partners, helping 45 immigrant survivors and children obtain immigration relief.

# YOUTH JUSTICE



One-third of Bay Area youth live in poverty; that is an estimated 160,000 at-risk youth, many with undiagnosed mental health needs. Youth in the dependency and delinquency systems, especially in low-income communities, have high rates of mental health issues and learning disabilities that often go untreated or are inappropriately diagnosed. To compound the problem, often young people are denied the services and benefits they are entitled to receive.

The Youth Justice Project provides direct legal representation for youth involved in the foster care system. The project also prioritizes special education cases that often fall through the cracks because the parent cannot afford to pay for an advocate or where there is no parental involvement.

BayLegal is one of the few organizations to provide holistic, integrated civil legal services for vulnerable youth across multiple legal practice areas, including special education, public benefits, health care access and housing. This multi-pronged approach helps stabilize the home and gives young people a chance to succeed in the community.

## Justice on Wheels

To increase access to services to underserved youth, BayLegal conducts monthly "Justice on Wheels" legal clinics at Youth Uprising in East Oakland and the Family Resouce Center in Fremont. These mobile legal clinics offer one-on-one legal counseling to young people facing homelessness and hunger. Advocates help identify legal barriers and work with the youth to eliminate them.

## SOKHOM MAO'S STORY

### "My attorney provided me the moral support and motivation I needed…he showed me this is doable…I couldn't have done it without him"

Sokhom was 12 years old when Child Protective Services found him and his 5 siblings living with a neglectful, abusive, single father with addiction issues. The six children were placed into the Foster Care system and split up. Despite the many obstacles he faced, Sokhom beat the odds, graduated high school and started college.

Throughout it all Sokhom kept track of his siblings, especially Raks, his youngest brother. Raks was struggling in his foster care placement and was on the verge of being expelled from middle school. As a full-time student and part-time worker, taking care of Raks seemed an insurmountable feat for this 21-year old, but he knew his brother needed him and wanted to help. Sokhom called Bay Area Legal Aid's Youth Justice Project for help.

Together with his attorney, they sorted out what public benefits Sokhom would be eligible for, what the application process would entail, and together they started down the path to attain them. At this point, Sokhom could see that even as a junior in college it was possible to get the assistance and resources needed to be Raks' primary caregiver, so he had him move in.

With BayLegal's help Sokhom was approved to receive CalWORKs benefits retroactive to the date he started taking care of his brother; but according to Sokhom, what he received from BayLegal was so much more than help with benefits: "My attorney provided me the moral support and motivation I needed…He showed me this is doable…I couldn't have done it without him".

Today, Sokhom is a college graduate and full-time employee. His brother, Raks, is doing better than ever. He has discovered a love for algebra, has tripled his grade point average, is involved in intramural sports, and is working towards attending college.

### IN 2010

# $635K



## WAS OBTAINED BY THE YOUTH JUSTICE PROJECT FOR PRESENT AND FUTURE FOSTER CARE AND MENTAL HEALTH BENEFITS FOR YOUNG PEOPLE

### Increasing Hope and Reducing Recidivism

*"I almost joined a gang…living on the streets, doing crime, nowhere to go. I met [my BayLegal Attorney] and he gave me a way out of that stuff. He made it so that if I followed the rules I never have to go back to living like that."*

The Alameda County Collaborative Court is a specialty court for youth whose involvement in the delinquency system is directly related to their mental illness. The Collaborative plays a key role in helping kids learn to cope with serious mental health issues.

BayLegal serves as the Collaborative's civil legal services coordinator and directly represents the youth participants in addressing their civil legal needs, including: obtaining public benefits and health care services, addressing educational issues, and stabilizing housing. Of all the cases accepted for full representation by BayLegal, 90% have resulted in a favorable outcome.

# STATEMENT OF FINANCIAL POSITION

**FOR THE YEAR ENDED DECEMBER 31, 2010**

| ASSETS | | |
|---|---|---|
| Cash and cash equivalents | $ | 719,523 |
| Grants receivable | | 501,304 |
| Pledges receivable | | 258,455 |
| Other receivable | | 3,769 |
| Other assets | | 102,304 |
| Investments | | 2,198,128 |
| Property and equipment | | 6,653,665 |
| **Total Assets** | **$** | **10,437,148** |
| **LIABILITIES AND NET ASSETS** | | |
| **LIABILITIES** | | |
| Accounts payable | | 130,381 |
| Accrued liabilities | | 503,700 |
| Deferred revenue | | 247,611 |
| Notes payable | | 4,454,959 |
| **Total liabilities** | **$** | **5,336,651** |
| **NET ASSETS** | | |
| Unrestricted | | 2,875,383 |
| Unrestricted - Property and equipment | | 2,174,860 |
| Temporarily restricted: | | 50,254 |
| **Total net assets** | **$** | **5,100,497** |
| **Total liabilities and net assets** | **$** | **10,437,148** |

**REVENUE**



- Other revenue - 0.8%
- Cy Pres awards - 2.5%
- Contributions - 4.6%
- Corporate & foundation grants - 6.2%
- Donated services - 39.8%
- Government grants - 46.1%

## STATEMENT OF FINANCIAL ACTIVITIES

**DECEMBER 31, 2010**

| | | Unrestricted | Temporarily Restricted | Total |
|---|---|---|---|---|
| **REVENUE AND SUPPORT** | | | | |
| Government contracts | $ | 2,346,260 | 4,957,559 | 7,303,819 |
| Donated services | | 6,313,643 | - | 6,313,643 |
| Contributions | | 736,746 | - | 736,746 |
| Grants | | - | 988,884 | 988,884 |
| Cy Pres awards | | 394,542 | - | 394,542 |
| Other revenue | | 110,170 | 5,454 | 115,624 |
| Net assets released from program restrictions | $ | 5,983,266 | (5,983,266) | 0 |
| **Total Revenue and Support** | $ | **15,884,627** | **(31,369)** | **15,853,258** |
| **EXPENSES** | | | | |
| Program services | | 14,199,369 | - | 14,199,369 |
| Support services | | 1,089,178 | - | 1,089,178 |
| Fundraising | | 442,160 | - | 442,160 |
| **Total expenses** | $ | **15,730,707** | **0** | **15,730,707** |
| **Change in net assets** | $ | **153,920** | **(31,369)** | **122,551** |
| **Net assets, beginning of year** | $ | **4,896,323** | **81,623** | **4,977,946** |
| **Net assets, end of year** | $ | **5,050,243** | **50,254** | **5,100,497** |

**EXPENSES**



Fundraising - 5%

Support services - 12%

Program services - 83%



2010
PARTNERS
IN JUSTICE

BAY AREA LEGAL AID

## LAW FIRMS & CORPORATE DONORS

### Law Firm Contributors

#### Platinum Leadership

Bingham McCutchen, LLP
Cooley, LLP
Kazan, McClain, Abrams, Fernandez, Lyons, Greenwood, Harley & Oberman Foundation, Inc.
Morrison & Foerster Foundation
Wilson Sonsini Goodrich & Rosati Foundation

#### Gold Leadership Circle

Orrick Herrington & Sutcliffe Foundation

#### Founders

Barg Coffin Lewis & Trapp, LLP
Keker & Van Nest, LLP
Paul & Hanley, LLP

#### Benefactors

Davis Polk & Wardwell LLP
Howard, Rice, Nemerovski, Canady, Falk & Rabkin
Miller Starr Regalia
Skadden, Arps, Slate, Meagher & Flom

#### Sponsors

Farella Braun + Martel, LLP
Latham & Watkins
Manatt, Phelps & Phillips, LLP
Perkins Coie Charitable Foundation
Shartsis Friese, LLP

#### Supporters

Covington & Burling, LLP
Foley & Mansfield, PLLP
Gagen, McCoy, McMahon, Koss, Markowitz & Raines
Munger, Tolles & Olson Foundation
Steyer Lowenthal Boodrookas Alvarez & Smith, LLP

#### Friends

Boornazian, Jensen & Garthe
DZH Phillips, LLP
Van Der Hout, Brigagliano & Nightingale, LLP
Kirkland & Ellis, LLP
Minami Tamaki LLP
Armstrong & Associates
Berg Injury Lawyers
Frankel & Goldware, LLP
Furtado Jaspovice & Simons
Goldstein, Demchak, Baller, Borgen & Dardarian
Keesal, Young & Logan
Paoli & Geerhart, LLP
Pedder Hesseltine Walker & Toth, LLP

Peterson Martin & Reynolds, LLP
Simpson, Thacher & Bartlett, LLP
Stein & Lubin LLP
Schiff Hardin Foundation
Sundeen Salinas & Pyle

#### Cy Pres Awards

Berman DeValerio
Bernstein, Litowitz, Berger & Grossman, LLP
Chavez & Gertler
Pearson, Simon, Warshaw & Penny LLP
Schad Diamond & Shedden, P.C.

### Corporate Contributors

#### Sponsors

Gilardi & Co. LLC
Ludwig Klein Reporters & Video, Inc.

#### Partners

Bedell Investment Counseling
Susquehanna International Group
The Mechanics Bank

#### Advocates

Farallone Pacific Insurance Services
The Focal Point LLC
Tracy Allen Printing

## INDIVIDUAL CONTRIBUTORS

### Founders

Robert A. Goodin
Joseph J. Tabacco, Jr.

### Patrons

Anonymous
Peter & Priscilla Carson
John C. Dwyer
William E. Gagen, Jr.
Chris & Deirdre Hockett
Dianna Lyons
David McClain & Merilyn Wong
Robert & Deborah Van Nest

### Sponsors

Anonymous (2)
Denise Abrams & David Harrington
Fred & Alice Feller
Frank Fernandez & Carmen Flores
Dick Grosboll
Theodora R. Lee
David & Maryanne Murphy
Arthur and Toni Rembe Rock
David Steuer & Barbara Shufro

### Partners

William F. Alderman
Ramón Arias & Rebecca Codekas
David & Christine Balabanian
Carolyn Collins & Mark Pallis

Craig Corbitt & Nancy Stoltz
Arnold C. Ellis
D'Lonra Christy Ellis in honor of Arnold Ellis
Howard & Carol Fine
Scott Fink & Kathy Klein
Sharon Scharm Harris
Susan G. Kupfer
Kevin D. Lally
Nicholas N. Leach
Teresa Picchi & Joel Linzner
Amy & Eddie Orton
JaMel Perkins
Donn P. Pickett
Penelope A. Preovolos & Richard G. Katerndahl
Charles B. Renfrew
John H. Rodgers
James Sinunu
George B. Speir
Allan Steyer
Peter A. Wald & Christina Hall
WOMAN, Inc.
Douglas R. Young

### Advocates

Anonymous (3)
Geraldine M. Alexis
Robert P. Capistrano
Richard T. Dwyer
Leo Dorado
James M. Finberg
Sarah G. Flanagan
Kathryn Fox and Brigeda Bank
Joanne M. Garvey
Gilbert Graham
Christopher T. Heffelfinger
William T. & Lynda Hutton
Stephen Kaus
Nicole Lavallee
Karen & John McGuinn
Janice J. Parker-Callaghan
Jan Platt and Jeffrey S. Ross
Louise & Paul Renne
Kennedy P. Richardson
Bob & Anne Rosenfeld
Oren M. Sellstrom
Diane Dwyer Sharp
Mohammad Sheikh
Thomas F. Smegal
Rich & Michele Stratton
Michael Torpey
Anthony White & Maribeth Riday
Andrew Wolff
Susan Schwegman & David Beckstoffer
Tom Weathered & Alice Bussiere

### Associates

Janet Alexander
Sharon & Carl Anduri
Randall I. Barkan & Audrey J. Barris
Peter Benvenutti & Lise Pearlman
Gil Berkeley
W. Hardy Callcott
Grace A. Carter
Curtis & Robin Caton

Julie Chang
Lilia A. Evangelista
Neil E. Falconer
Charles N. Freiberg
Winnifred Ginn
Paul M. Gordon & Patricia
    Kernighan
Richard A. Gutstadt
Nancy E. Harris
Susan & Peter Harvey
Gail Hillebrand & Hugh Barroll
Daniel J. Kelly in honor of Ron
    H. Rouda's 50 years in legal
    practice
Susun Kim & Agustin Fernandez
Cary S. Lapidus
David Levin
The Leyva Family
Michael J. Loeb
Judith & Stanley Lubman
Jerel McCrary
Rachael Meny
Phillip Morgan
John O'Toole & Jean Hom
Mark G. Parnes
Michael J. Plishner
Charles R. Rice
Hon. Maria P. Rivera
Greg & Barbara Rosston
Dr. Marcia Ruben & Stephen B.
    Ruben
James & Ruth Shannon
Steve & Heather Walker
Christopher & Barbara Westover
David Weintraub in honor of
    Tony White and his family
Ed Weil & Maureen Dixon
Hon. and Mrs. Saldamando in
    memory of Ralph S. Abascal

**Friends**

Anonymous (12)
Mark Aaronson & Marjorie Gelb
Mark B. Abelson
Chief Justice and Professor
    Abrahamson
Tulin Acikalin
Haydee Alfonso
Glenn L. Allen
Alva and Bruce Appel
Cristina Armstrong
Hon. Gordon Baranco in
    memory of Arnold Baranco, Sr.
Joseph W. Bell
Reed H. Bement
Margaret Berciano
Josanna Berkow and David
    Badtke
Stephen Bingham in memory of
    Sylvia Bingham
Jonathan Blatteis & Bonnie Volk
Stephen G. Blitch
Kristin Boscia
Matthew Bostick
Robert M. Bramson
Connie Brandon
Peter & Elaine Bull
Robert Calhoun

Michael Castleman & Anne
    Simons in honor of Tony White
Hon. Vincent J. Chiarello
Carolyn Collins & Mark Pallis
Paul & Mary Cosper
Jeffrey A. Dennis-Strathmeyer
JoAnne Dunec
Patricia Dwyer
Ann & Mike Faber
Marsha Cohen & Robert Feyer
Mary C. Flynn
Kevin M. Fong
David S. Foster
Lynn D. Fuller & William Bivins
David Gamper
Neil Gendel
Andrew M. Gold
David B. Goodwin
Michael Greene
Theodore A. Griffinger, Jr.
Rikki & Norton Grubb
Les & Linda Hausrath
Howard Herman & Claudia
    Bernard
Richard I. Hiscocks
Rosa Horton
Brian and Esra Hudson
Ariella Hyman & Dean Schillinger
Rene Juarez
Edward & Joyce Kallgren
Stephen Kaus
Donald E. Kelley, Jr.
Robert Kessler and Sally
    Benjamin
Jane Kroesche & Jason Mardesich
Joanna C. Lee
Christine M. Long
Rebecca Louie
Joyce Lupack & Andrea Plastas
Steven Adair Mac Donald
Patrick & Gewn Mahoney in
    honor of Mark & Jesse
    Mahoney
Kaz Maniwa in honor of Arnold
    Ellis
Hubert Marshall
Staci Martin
Christopher N. May
Law Offices of Thomas G.
    McLaughlin
Arthur L. Meader
Don Medearis
Benjamin Metcalf
Debbie Mitchell in honor of
    Nancy Fineman and Mark
    Molumphy
Thomas C. Mitchell
Lara-Beye Molina
David Moon and Sharon Smith
Tara Castro Narayanan
Bettina Neuefeind
Nancy J. Newman
Susan S. Ochi
Edward Pickus
Jaclyn W. Piñero
Dr. & Ms. Karl S. Pister in
    memory of Jean Corey
Hon. & Mrs. Stuart R. Pollak

Laurence F. Pulgram
Thomas & Alice Pulliam
Michael Rawson
Paul L. Rein
Joshua A. Ridless
Frank A. Rodezno
Marcia Rosen
Victor Schachter
Sue Schechter
Dirk and Patricia Schenkkan
Don Schlotz
Luc Schuster
Brad Seligman & Sara Campos
Alfreda Shapere
Stefani Shek
Stephanie Powers Skaff
Juliana Choy Sommer
Marvin Starr
Margaret Stevenson & David
    Flamm
Robert J. Stumpf, Jr.
Barbara Suskind
Cecily Barclay Talbert
Barbara Texidor
Thea Thompson
Timothy Streb
Mia Weber Tindle
Michael Traynor
Dana Tsubota in honor of
    Spencer, Chase and Lucas
    Tsubota
Victoria Vasey
Johanna & Michael Wald
Ann Yvonne Walker
Amanda L. Wenisch
Patrick Weston

<span style="color:#E8731C">**GOVERNMENT GRANTS**</span>

Alameda County Commission on
    the Status of Women
Alameda County Health Care
    Services Agency
Alameda County Social Services
    Agency
City & County of San Francisco
    Department on the Status of
    Women
City & County of San Francisco
    Human Services Agency
City & County of San Francisco
    Mayor's Office of Housing
City of Antioch
City of Concord
City of Oakland Rent Adjustment
    Program
City of Redwood City
City of Richmond
City of San José Healthy
    Neighborhood Venture Fund
Contra Costa County
    Community Development
    Department
Contra Costa County
    Employment and Human
    Services Department
Contra Costa County

Homelessness Prevention &
    Rapid Rehousing Program
Keller Canyon Mitigation Fund
Legal Services Corporation
Oakland Community Action
    Partnership
San Mateo County Department
    of Housing
San Mateo County Sheriff's Office
Santa Clara County Office of the
    County Executive
Santa Clara County Social
    Services Agency
State Bar of California Legal
    Services Trust Fund Program
State of California Office of the
    Patient Advocate
Superior Court of California
    County of Alameda
    Superior Court of California
    County of San Mateo
U.S. Department of Housing &
    Urban Development
U.S. Department of Justice Office
    on Violence Against Women

<span style="color:#E8731C">**FOUNDATIONS**</span>

Atkinson Foundation
Bernard E. & Alba Witkin
    Charitable Foundation
Blue Shield of California
    Foundation
David B. Gold Foundation
Dean and Margaret Lesher
    Foundation
Greenwood Family Foundation
Health Access Foundation
Horace W. Goldsmith Foundation
Marcled Foundation
Marin Community Foundation
Richard & Rhoda Goldman Fund
San Francisco Foundation
Silicon Valley Community
    Foundation
SingleStop USA
The California Endowment
Tides Foundation
Van Löben Sels/RembeRock
    Foundation
Y & H Soda Foundation

<span style="color:#E8731C">**OTHER
INSTITUTIONAL
SUPPORT**</span>

Health Consumer Alliance
Mills Peninsula Health Services
San Francisco General Hospital
    Foundation
Silicon Valley Campaign for Legal
    Services
United Way of the Bay Area
Verizon Wireless HopeLine



# VOLUNTEERS AND PRO-BONO ATTORNEYS

## COMMUNITY PARTNERS

American Immigration Lawyers Association Northern California Chapter
Community Housing Development Corporation of North Richmond
Community Overcoming Relationship Abuse
Housing Rights Committee of San Francisco
Immigrant Legal Resource Center
National Center for Youth Law
National Health Law Program
San Francisco Domestic Violence Consortium
SHELTER, Inc.
STAND! For Families Free of Violence
The St. Vincent de Paul Society/ Riley Center
Volunteer Legal Services Program, Bar Association of San Francisco

## LAW FIRM AND CORPORATE PRO BONO PARTICIPANTS

Alston + Bird LLP
Baker & McKenzie LLP
Beyer Law Group LLP
Bingham McCutchen LLP
Chapman Popik & White
Christy & Keith Family Law Group P.C.
Cooley LLP
Covington & Burling LLP
De Ita & Lowe
Dechert LLP
DLA Piper LLP
Downey Brand Attorneys LLP
Fenwick & West LLP
Flicker Kerin Kruger & Bissada LLP
Gibson, Dunn & Crutcher LLP
Goodwin Procter LLP
Google, Inc
Gordon & Rees
Hanson Bridgett LLP
Howrey LLP
Intel Corporation
Jackson & Hertogs
Jones Day
Keker & Van Nest LLP
Knapp and Viola P.C.
Latham & Watkins LLP
Manatt, Phelps & Phillips, LLP
Miller Starr Regalia
Morgan Miller Blair
Morgan, Lewis & Bockius LLP
Morrison & Foerster LLP
Nixon Peabody LLP

O'Melveny & Myers LLP
Orrick, Herrington & Sutcliffe LLP
Paul, Hastings, Janofsky & Walker LLP
Perkins & Grohs, LLP
Pillsbury Winthrop Shaw Pittman LLP
Quinn Emmanuel LLP
Reed Smith LLP
Ropes and Gray LLP
Schiff Hardin LLP
Shearman & Sterling LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Sonnenschein Nath & Rosenthal LLP
White & Case
Wilmer Cutler Pickering Hale and Dorr
Wilson Sonsini Goodrich & Rosati
Winston & Strawn

## PRO BONO ATTORNEY PARTICIPANTS

Tamarin Adair
Eleanore Adams
Stephania Aivaliotis
William F. Alderman
Maureen Alger
Aviva Aminova
Jason Angell
Debbie Appel
Adam Arant
Alexandra Atencio
Julio Avalos
Erika Avina
Olaniran Babatunde
Cameron Baker
Zheng Bao
Kate Barrows
R. Brent Bates
David C. Beach
Erin Beavers
Francesco Benavides
Josh Benson
Margaret Berciano
Eric Berkowitz
Michele Bissada
Lindsey Blenkhorn
Christopher Boscia
Justin Boyce
Michael Brodie
Donna Browne
Rachael Buchanan
Tam Bui
Corina Cacovean
Virginia Calderon
William Fletcher Campbell, III
Lara Carney
Peter Carson

Grace Carter
Susan Casey
Eric Cha
Philip Chan
Sujata Chanani
Lauren Charneski
Atessa Chehrazi
Caroline Chen
Peter P. Chen
Jia Min Cheng
Francesca Cicero
Ananda Clarke
Peter Cline
Jessica Cochran
Margaret Cohen
Morgan Higgison Condra
Lindy Cooke
Kristin Cornuelle
Kameron Cox
Megan Crane
Christina Currington
Marisa Dane
Lien Dang
William Davisson
Amira Day
Jessica Dayton
Nancy De Ita
Derek Deavenport
Virginia DeMarchi
John Demeter
Vincent Dizon
Lisa Dugoni
Misha Dunford
Amy Embert
Kristen Emmons
Ashianna Esmail
Tarek N. Fahmi
Joseph Farris
Alexandria Fearn
Emily Fedman
Patrick J. Ferguson
Jack Ferguson
Constance H. Figuers
Lynn R. Fiorentino
Richard Flores
Neil Michael Edwin Forester
Michael Fosco
Cory Fox
Gregory Gex
Sarah Gibbons
April Glatt
Michelle Glover
Justin Goetsch
Ashwin Gokhale
Judith Gold
David Grabill
TJ Graham
Brittany B. Greene
Elyse Greenwald
Chanmeet S. Grewal
Lauren Grey
Andrea Groves
Genevieve Guertin
Joseph Guzzetta

Dino Hadzibegovic
Jaqueline Haggerty
Zachary D. Hale
Stacey Hall
Don Hayes
Jennifer Hayes
Deborah Heller
Steve Hemminger
Evelyn J. Herrera
Liv Herriot
Frederick Hertz
Andrew Hill
Roxanne Hoegger Alejandre
Aubry Rebecca Holland
Christopher Hoo
Aaron Hou
Delia Hou
Lenny Huang
Olive Huang
Jessica Hubley
Adam Huff
Jackie Hughes
Matthew Hult
Amanda Inocencio
Anna M. Ison
Brian Ito
Laura Jackson
Amanda Jarratt
Larry Johnson
Aliza Kaliski
Rena Kaminsky
Rene Kathawala
Ronald Katz
Colin Kelley
Masha M. Khazan
Jennie Kim
Michael Kim
Heidi Kim
Elif Kimyacioglu
Jennifer Lee Koh
Karen Koniuszy
Allison Kop
Richard Koss
Paige A. Kremser-Stenrud
Ute Krudewagen
Matthew Larson
Lindsay A. LaSalle
Stacy Lau
Bonnie Lau
Kate Lazarus
Mark Le Clerc
Cheryl Lebow
BJ Lee
Wallace Lee
Sharon Lee
Anna Lee
Christopher Legras
Daniel Li
Zheng  Lily
Robin Linsenmayer
Luke Liss
Serena Liu
Ji Liu
David Livingston

Lindsay Llewellyn
Thomas Lloyd
Rebecca Louie
Jacqueline Lyandres
Kevin Mack
Olga V. Mack
Neha Marathe
Laura Mask
Alan Massengale
Lori Mayall
Elizabeth McBride
Jung-Kyu McCann
Kathleen F. McConnell
Deborah McCrimmon
Mirissa McMurray
Mary Ann McNeill
Blaine McPhilips
Mary Ann Meany
Beatriz Mejia
Michael Mengarelli
Brian Messner
Mark Meyer
Gabriel A. Meyer
Juliana Mirabilio
Dante Miranda
Ayako Miyashita
Toby Mock
Lauren Montana
Luis M. Montes
John Morgan
Sarah Morris
Rebecca Moskowitz
Javad Mostofizadeh
Molly Moycik
Margaret Munzig
David Murphy
Joseph Myszka
Hallie Nash Bennett
Peter D. Nestor
Linda Noeske
Anne Norstrand
Mohan Nott
Jon M. Novotny
Michell Nunez
Nuri Nusrat
Ben Ramos Olivas
Maureen Omyeagbako
Naghmeh Ordikhani
Ben Ostapuk
Maria Palazzolo
Kristen A. Palumbo
Deepa Panelli
Betty Pang
Sujung Park
Mita Patel
Analea Patterson
Joseph Z. Perkins
Carolyn Pettifer
Daniel Pocklington
Gina Policastri
Angela Poon
Matthew Poppe
Leah Presley
Benjamin Procter

Agnieszka Ewa  Purves
Sharon Raab
Brent D. Rafferty
Preeti Rana
Shannon Rapoport
Palani Rathinsamy
Paul Renne
Julia Riechert
Timothy Roake
Maggie Roberts
Julie Roche
Stephen Rosenbalm
Jennifer Ross
Alan Rothstein
Martin Ruano
Elizabeth Rumsey
Eric Ryan
Eli Saddler
Elizabeth Sanders
Stacie Sandifer
Nicholas Sandler
Einat Sandman
Tracy Lyn Scheidtmann
Jessica Scheppmann
Cora Schmid
James M. Seff
Aravinda Seshadri
Matthew Shafae
Maulik Shah
Marcy S. Sharafian
Daniel Sharp
Kelly Shindell
Heather Shook
Thomas Smith
Julie Smolinski
Jessica Snorgrass
Jacob Snow
Dina Sokhn
Linda Solee
Jason Sonoda
Michael Spillner
Michael Stevens
Crystal Sumner
Theresa Sutton
Terry A. Szucsko
John Tang
Fitzpatrick Thomas
Kent Thompson
Alan Tidwell
Kimvi To
Joel Tranter
Jay Trickett
Adam Trigg
Dianna Truong
Algera Tucker
Laura Underwood
Azadeh Vahidi
Dominic Valerian
Edward Van Gieson
Shayna Van Hoften
Amy Van Zant
Arati Vasan
Dorinda Vassigh
Rachel Velkcoff

Ana Vohryzek
Bruce A. Wagman
Ashley Wagner
Jacob Walker
Joyce Wang
Mia Weber Tindle
Emily Wecker
Veronica Weinstein
Mark Andrew White
Sara Wickware
Deborah Wilhelmus
Adam Wilks
Suzanne Wilson
Heather Wolf
Timothy Wright
Adam Wright
Shu Fan Xia
Jessica Yeh
Jenna Musellman Yott
Cristin Zeisler
Yiman Zhan
Jenny Zheng
Sandra Zuniga Nierenberg

## LAW CLERKS

Veronica Alegria
Eleni Maria Alevizos
Veronica Arrambide
Kristin Bachman
Diane Bailey
Danielle Ballard
Maria Becerra
Maria Esmeralda Becerra
Tseada Behanu
Liat Blum
Taylor Burras
Elizabeth Camacho
Barbara Cathcart
Francesca Constantino
Shari Covington
Adam Cowing
Rebecca Cushman
Gina Didomenizo
Javier Dominguez
Roxanne Edrosolan
Kathryn Edwards
Ephraim Egan
Mathew Etchemandy
Elizabeth Euresti
Christy Ferioli
Morgan Fielding
Stephanie Foreman
Michelle Forrest
Molly Franck
Daniel Galindo
Rachel Grainger
Cary Gray
Stephanie Lynn Hall
Jia Han
Zachary Hedling
Jennifer Hitchcock
Molly Holsinger
Christy Holstege
Aviva Horrow

# VOLUNTEERS AND PRO-BONO ATTORNEYS

(continued)

Mindy Howerson
Veda Igbinedion
Dana Isaac
Zahra Shakur Jamal
Ramandeep Johal
Meredith Johnson
Emily Jones
Anakalia Kaluna
Kathleen Keating
Katy Kendig
Lisa Kye Kim
Stephanie Klitsch
Nicole Knudsen
Benjamin Kozik
Aimee Krause
Michell Lee
Jonathan Leland
Rosalie Leung
Lauren Levy
Gary Lewis
Michael Liu
Theresa Luong
Erik McCormick
Nancy McGee
Dominic McKeown
Heike McNoughton
Stephanie Medley
Teresa Moran
Mariam Moreshadi
Sepideh Mousakhani
Maria Naumenko
Nadia Oiu
Sydney Palmer
Anita Pandhoh
Ian Peck
Jeff Petty
Leah Chen Price
Julia Rabinovich
Lauren Radebaugh
Deepika Ravi
Monique Roberts
Cora Lea Rose
Stephanie Rudolph
Yaman Salahi
Wendy Salkin
Yanin Senachai
Derek Shao
Aroma Sharma
Shayla Silver-Balbus
Jihan Emma Spearman
Jason Tauches
Karla Torres
Manuel Ugarte
Shelia Winslow
Preston Wong
Allison Wright
Judy Hung-Jing Yang
Owen Yeats
Amy Zheng

## EXPERTS

Aiken Welch Court Reporters
Rhonda Barovsky
Laura Boykin
Jeffrey Casey
Maryam Ghofraniha
Caroline Kraus
Zenieda Lombard
Evelyn Martin
Nora Ostrofe
Alicia Sanchez
Karina Lizeth  Sarabia
Ana Villareal

## LAW GRADUATES

Will Ang
Matthew Bostick
Ananda Clarke
Hiller Deborah
Hagar Dickman
Rachel Grainger
Stephanie Hall
Deborah Hiller
Michelle Lee
Sharon Liu
Zeinab Makoui
Zaheer Arif Maskatia
Stephanie Medley
Jason Murai
Kemi Mustapha
Aichi Nguyen
Juan Ortiz
Sonya Palay
Shadie Parivar
Sujung Park
Maurice Poe
Maria Reynoso
Erica Saxum
Kara Wild
Karen Wynholds

## OTHER VOLUNTEERS

Laurel Astor
Alexander Avstreykh
Mikaela Aziz
Allison Barr
Adam Barton
John Bellanca
Hubert Chen
Jenny Choi
Yoojin Chung
Jessica Cordiglia
Elaine Dailo
Dorothy Daulo
Dandara Dawdu
Robin Deguara
Sara Ellis
Maria Estrada
Maryam Ghofraniha
Gisselle Godoy
April Goldman
Diane Gruba
Brooke Gutierrez

Evelyn Gutierrez-Aguilar
Stephen Hallett
Brian Gabriel Mendoza Huey
Andrea Jones
Ramandeep Kaur
Grace Kawahira
Alice Kelman
Michel Kim
Jocelyn Koo
Andrea Kramar
Cheryl Ann Lam
Monica Lienke
Ty Lim
Lulu Lin
Jennifer Madison
Sonia Makker
Iris Mattes
Elsa-Marie Medeiros
Mara Medvednik
Laura Morsony
Monica Naegedi
Sahar Naseery
Loren Newman
Aya Okuma
Elizabeth Ramos
Gregory Rees
Jocelyn Rivera
Estelle Robinson
Rachel Rothstein
Adrienne Sancho
Kristin Schmitz
Tanya Shah
Rupinder Sidhu
Nancy Slavitt
Carmella Southward
Minsi Su
Hazel Survine
Anh Ton
Garrick Trapp
Claudia Urtiz
Marc Van Anda
Kathryn Venverloh
Kenneth Villa
Courtney Waldle
Sophia Wang
Tyrone Williams
Ariel Winawer
Staci Nicole Wright



# BAYLEGAL STAFF

## Executive Office

**Ramón P. Arias, Esq.**
*Executive Director*
UCLA School of Law

**Mary Jaeckel**
*Executive Assistant*



## Program Staff

**Tulin Acikalin, Esq.,**
*Managing Attorney, San Mateo County*
Tulane University Law School

**Sabrina Adler, Esq.**
*Skadden Foundation Fellow*
Stanford Law School

**Haydee Alfonso, Esq.**
*Managing Attorney, Legal Advice Line*
Santa Clara University School of Law

**Nadia Aziz, Esq.**
UCLA School of Law

**Andrea Banks**
Advocate

**Sabrina Barnes**
Advocate

**Brent Bates**
Advocate

**Steve Bingham, Esq.**
UC Berkeley Boalt Hall

**Brian Blalock, Esq.**
Stanford University School of Law

**Maria "Luz" Brubaker, Esq.**
*Pro Bono Assistant*
Loyola University School of Law

**John Carella, Esq.**
University of Chicago School of Law

**Amy Chen, Esq.**
Harvard Law School

**Xinying Chi, Esq.**
Harvard Law School

**Janice Cho, Esq.**
Northwestern University School of Law

**Julio Edrosolan**
Advocate

**Arnold Ellis, Esq.,**
*Managing Attorney, San Francisco County*
Harvard Law School

**Rebecca Esquivel-Pedroza, Esq.**
California Western School of Law

**Nicole Ford, Esq.**
U.C. Davis School of Law (King Hall)

**Fabian Giatti, Esq.**
Loyola University School of Law

**Alma V. Gonzales**
Advocate

**Ruthie Gordon**
Advocate

**Lisa Greif, Esq.**
Suffolk University Law School

**Brad Hellman**
Advocate

**Madeline Howard, Esq.**
UC Berkeley, Boalt Hall

**Refugio Huizar**
Advocate

**Ariella Hyman, Esq.**
*Managing Attorney, Alameda County*
Harvard Law School

**Rene Juarez, Esq.**
UC Hastings College of Law

**Alison Kamhi, Skadden Fellow**
Harvard Law School

**Minouche Kandel, Esq.**
Harvard Law School

**Mike Keys, Esq.**
University of South Carolina School of Law

**Susun Kim, Esq.**
*Managing Attorney, Contra Costa County*
New York University School of Law

**Amy Lee, Esq.**
UC Hastings College of the Law

**Joanna Lee**
Advocate

**David Levin, Esq.**
New York University, School of Law

**Virginia Leyva**
Advocate

**Justyn Lezin, Esq.**
UC Hastings College of the Law

**Kristen Love-Boscia, Esq.**
Santa Clara University School of Law

**Staci Martin, Esq.**
University of Texas at Austin School of Law

**Don Medearis, Esq.**
University of San Francisco School of Law

**Phillip Morgan, Esq.**
Arizona State University College of Law

**Jesus Munoz, Esq.**
Stanford University Law School

**Lisa Newstrom, Esq.**
Cornell University School of Law

**Doris Ng, Esq.**
UCLA School of Law

**Janice Parker-Gallaghan**
Advocate

**Julie Patino, Esq.**
*Managing Attorney, Santa Clara County*
Suffolk University Law School

**Shirley Peng**
Advocate

**Adam Poe, Esq.**
DePaul University College of Law

**Solmaz Rafiee-Tari, Esq.**
University of Idaho College of Law

**Elina Rakhmilevich**
Advocate

**Melody Saint-Saens, Esq.**
University of Miami School of Law

**Katherine Siegfried, Esq.**
New York University School of Law

**Barbara Texidor, Esq.**
UC Hastings College of the Law

**Ken Theisen**
Advocate

**Chantal Tien**
Advocate

**Christina Varner**
New College of California, School of Law

**Kristen Washburn, Esq.**
UC Berkeley Boalt Hall

**Maya Watts, Esq.**
UC Hastings College of the Law

**Steve Weiss, Esq.**
Golden Gate University School of Law

**Spencer Wilson, Esq.**
*Glickman Fellow*
University of Texas at Austin School of Law

**Carolina Ybarra**
Advocate

**Naomi Young, Esq.**
Golden Gate University School of Law

**Lil Zhang, Esq.**
UC Hastings College of Law

## Support Staff

Maria Frias
Rosa Horton
Mary Lara
Wan Li
Maya McLaughlin
Robbie Sue Perkins
Maria Sullivan
Katy Truong

## Administrative Staff

**Alva Appel,** *Senior Accountant*

**Robert P. Capistrano, Esq.,** *Director of Litigation, Advocacy & Training*
UC Hastings College of the Law

**Jennifer Cesario,** *Development Director*

**Ami Cruz-Barroga,** *Accounting Manager*

**Rose Marie Figueroa,** *Human Resources Manager*

**Rigo Lopez,** *Operations Manager*

**Joyce Lupack,** *Grants & Contracts Associate*

**Jerel McCrary, Esq.,** *Regional Counsel*
UC Hastings College of the Law

**Heather Miller,** *Grants & Contracts Coordinator*

**Jaclyn W. Piñero,** *Director of Grants & Contracts*

**Genevieve Richardson, Esq.,** *Director of Pro Bono Activities*
University of Colorado School of Law

**Karin Richey,** *Development Assistant*

**Mohammad Sheikh,** *Director of Finance & Administration*

**Trevina Tang,** *Accountant*

**Catherine Ward-Seitz, Esq.,** *Regional Immigration Coordinator*
UC Hastings, College of Law

**Anthony G. White, Esq.,** *Director of Law & Technology*
Golden Gate University School of Law



## Working Together for Justice

www.baylegal.org

### CENTRAL SUPPORT OFFICE

**1735 Telegraph Avenue**
**Oakland, California 94612**

Telephone.................................................510.663.4755

Fax...........................................................510.663.4711

### ALAMEDA COUNTY

**1735 Telegraph Avenue**
**Oakland, California 94612**

Telephone.................................................510.663.4744

Fax...........................................................510.663.4740

Legal Advice .............................................510.250.5270

### CONTRA COSTA COUNTY

**1025 Macdonald Avenue**
**Richmond, California 94801**

Telephone.................................................510.233.9954

Fax...........................................................510.236.6846

Legal Advice .............................................510.250.5270

### MARIN & NAPA COUNTIES

**30 North San Pedro Road, Suite 170**
**San Rafael, California 94903**

Telephone.................................................415.479.8224

Fax...........................................................415.479.8549

Legal Advice .............................................707.320.6348

### SAN FRANCISCO COUNTY

**1035 Market Street, 6th Floor**
**San Francisco, California 94103**

Telephone.................................................415.982.1300

Fax...........................................................415.982.4243

Legal Advice .............................................415.354.6360

### SAN MATEO COUNTY

**539 Middlefield Road**
**Redwood City, California 94063**

Telephone.................................................650.358.0745

Fax...........................................................650.358.0751

Legal Advice .............................................650.472.2666

### SANTA CLARA COUNTY

**2 West Santa Clara Street, 8th Floor**
**San Jose, California 95113**

Telephone.................................................408.283.3700

Fax...........................................................408.283.3750

Legal Advice .............................................408.850.7066





California Relay Service: Dial 711 or from TTY dial 1.800.735.2929 or visit http://www.ddtp.org/california_relay_service/