ROBERT C. SCHUBERT S.B.N. 62684
(rschubert@schubertlawfirm.com)
JASON A. PIKLER S.B.N. 245722
(jpikler@schubertlawfirm.com)
SCHUBERT, JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

DOUGLAS M. BROOKS
(dbrooks@GilmanPastor.com)
GILMAN AND PASTOR, LLP
63 Atlantic Avenue, 3rd Floor
Boston, , MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

Co-Lead Counsel for Lead Plaintiffs
Nancy Jacobs and Annette M. Sanchez and the Class

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| NANCY JACOBS and ANNETTE M. SANCHEZ, Individually On Behalf of Themselves And All Others Similarly Situated, and on Behalf of the General Public,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>HERBALIFE INTERNATIONAL, INC., HERBALIFE INTERNATIONAL OF AMERICA, INC., DREAM BUILDERS & ASSOCIATES INTERNATIONAL, INC., H.B. INTERNATIONAL GROUP, INC., ANTHONY POWELL, DORAN ANDRY, CRAIG M. TSUTAKAWA, CAROLINE TSUTAKAWA, TARUN JUNEJA, JOHN BEALL, BRETT BARTHOLOMEW, LEAH SINGLETON, STEPHEN COMBS and DEBRA COMBS,<br><br>　　　　　　　　Defendants. | **Case No. CV-02-01431 SJO (RCx)**<br><br>**DECLARATION OF MICHAEL ROSENBAUM IN SUPPORT OF MOTION FOR ORDER APPROVING *CY PRES* DISTRIBUTION OF REMAINING FUNDS IN THE SETTLEMENT FUND TO BAY AREA LEGAL AID**<br><br>Date:　November 14, 2011<br>Time:　10:00 a.m.<br>Place:　Courtroom 1 – 2nd floor<br><br>　　Hon. S. James Otero |

DECL. OF MICHAEL ROSENBAUM ISO MOTION FOR ORDER APPROVING *CY PRES* DISTRIBUTION OF REMAINING FUNDS IN THE SETTLEMENT FUND TO BAY AREA LEGAL AID
Case No. CV-02-01431 SJO (RCx)

1

I, Michael Rosenbaum, declare:

1. I am the Managing Director at Berdon Claims Administration LLC ("Berdon"). Plaintiffs retained Berdon to act as the Claims Administrator for the settlement achieved by Plaintiffs in the above-captioned action. I have personal knowledge of each of the facts stated herein, and if called as a witness could and would competently testify thereto.

2. On October 4, 2005, pursuant to the Court's Order authorizing distribution of settlement funds, Berdon mailed 2,482 settlement checks to eligible Settlement Fund and Refund Pool class members.

3. To save costs, when a class member was eligible for a pro rata distribution from both the Settlement Fund and Refund Pool, the total distribution was combined into a single check.

4. Of the 2,482 checks originally distributed, 44 checks initially remained uncashed.

5. Berdon attempted to contact the payees of uncashed checks based on the information provided on their claim forms. Berdon also attempted two Accurint searches to obtain updated addresses for these class members—in February 2007 and in May 2010—which succeeded in reducing the number of unclaimed checks.

6. Additionally, when the Post Office provided a forwarding address, Berdon re-mailed the checks to the Claimant.

7. However, to date, 38 checks remain uncashed. The outstanding checks total $14,850.22.

8. Of that amount, $9423.86 derives from the Refund Pool and $5,426.36 derives from the Settlement Fund.

9. The total outstanding has been reduced $525.16 by bank fees, leaving an unclaimed balance of $14,325.06.

DECL. OF MICHAEL ROSENBAUM ISO MOTION FOR ORDER APPROVING *CY PRES* DISTRIBUTION OF REMAINING FUNDS IN THE SETTLEMENT FUND TO BAY AREA LEGAL AID
Case No. CV-02-01431 SJO (RCx)

2

1    10. Of that amount, apportioning the bank fees equally to the two funds, there currently remains $5,163.78 unclaimed from the Settlement Fund, and $9,161.28 from the Refund Pool.

11. Pursuant to the Plan of Allocation and instruction of Plaintiffs' counsel, a check for the amount remaining from the Refund Pool was made out to Herbalife of America, Inc., and sent to Herbalife's outside counsel on October 5, 2011.

I declare under penalty of perjury under the laws of the United States and State of New York that the foregoing is true and correct.

Executed this 5th day of October, 2011, in New York, New York.

_____
Michael Rosenbaum

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

DECL. OF MICHAEL ROSENBAUM ISO MOTION FOR ORDER APPROVING *CY PRES* DISTRIBUTION OF REMAINING FUNDS IN THE SETTLEMENT FUND TO BAY AREA LEGAL AID
Case No. CV-02-01431 SJO (RCx)