ROBERT C. SCHUBERT S.B.N. 62684
(rschubert@schubertlawfirm.com)
JASON A. PIKLER S.B.N. 245722
(jpikler@schubertlawfirm.com)
SCHUBERT, JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

DOUGLAS M. BROOKS
(dbrooks@GilmanPastor.com)
GILMAN AND PASTOR, LLP
63 Atlantic Avenue, 3rd Floor
Boston, , MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

Co-Lead Counsel for Lead Plaintiffs
Nancy Jacobs and Annette M. Sanchez and the Class

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| NANCY JACOBS and ANNETTE M. SANCHEZ, Individually On Behalf of Themselves And All Others Similarly Situated, and on Behalf of the General Public,<br><br>Plaintiffs,<br><br>vs.<br><br>HERBALIFE INTERNATIONAL, INC., HERBALIFE INTERNATIONAL OF AMERICA, INC., DREAM BUILDERS & ASSOCIATES INTERNATIONAL, INC., H.B. INTERNATIONAL GROUP, INC., ANTHONY POWELL, DORAN ANDRY, CRAIG M. TSUTAKAWA, CAROLINE TSUTAKAWA, TARUN JUNEJA, JOHN BEALL, BRETT BARTHOLOMEW, LEAH SINGLETON, STEPHEN COMBS and DEBRA COMBS,<br><br>Defendants. | **Case No. CV-02-01431 SJO (RCx)**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ORDER APPROVING *CY PRES* DISTRIBUTION OF REMAINING FUNDS IN THE SETTLEMENT FUND TO BAY AREA LEGAL AID**<br><br>Date: November 14, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 1 – 2nd floor<br><br>Hon. S. James Otero |

[PROPOSED] ORDER GRANTING MOTION FOR ORDER APPROVING *CY PRES* DISTRIBUTION OF REMAINING FUNDS IN THE SETTLEMENT FUND TO BAY AREA LEGAL AID
Case No. CV-02-01431 SJO (RCx)

1

1     WHEREAS, pursuant to the Court's Order Approving Plan of Allocation of
2 Settlement Proceeds, entered on October 1, 2004, should there be any funds
3 remaining in the Settlement Fund after distribution to eligible class members, the
4 funds would be subject to *cy pres* distribution and distributed to a charity proposed by
5 Plaintiffs' counsel and approved by the court;

6     WHEREAS, despite the claims administrator's best efforts, a balance of
7 $5,163.78 remains unclaimed from the Settlement Fund, Plaintiffs have moved this
8 Court for an Order approving the *cy pres* distribution of these funds to Bay Area
9 Legal Aid;

10     NOW, THEREFORE, it is ORDERED, that the Court authorizes Plaintiffs to
11 distribute the remaining funds in the Settlement Fund to Bay Area Legal Aid.

14 IT IS SO ORDERED.

15 Dated: _____, 2011

                                                                        The Honorable S. James Otero
                                                                        United States District Judge

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

28 [PROPOSED] ORDER GRANTING MOTION FOR ORDER APPROVING *CY PRES* DISTRIBUTION OF REMAINING FUNDS IN THE SETTLEMENT FUND TO BAY AREA LEGAL AID
Case No. CV-02-01431 SJO (RCx)